Certificate Number: 18132-NYS-DE-039329941

Bankruptcy Case Number: 25-10264



18132-NYS-DE-039329941

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 11, 2025, at 12:55 o'clock PM MST, BRITTNEY WATKINS completed a course on personal financial management given by internet by $$$$$Simple Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of New York.

Date:   February 11, 2025              By:      /s/Laura Hauptman

                                       Name:    Laura Hauptman

                                       Title:   Credit Counselor