# Notice Recipients

District/Off: 0208−1     User: admin     Date Created: 2/11/2025
Case: 25−10264−lgb     Form ID: 309A     Total: 25

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Brittney Michelle Watkins | 143 Admiral Lane    Bronx, NY 10473 |
| ust | United States Trustee | Office of the United States Trustee – NY    Alexander Hamilton Custom House    One Bowling Green, Room 534    New York, NY 10004−1408 |
| tr | Alan Nisselson | Windels Marx Lane & Mittendorf, LLP    156 West 56th Street    New York, NY 10019 |
| aty | Jeb Singer | J. Singer Law Group    One Liberty Plaza, 165 Broadway    23rd Floor    New York, NY 10006 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | Office of Legal Affairs    375 Pearl Street, 30th Floor    New York, NY 10038 |
| 8544065 | 1719 Gates LLC | 1719 Gates Avenue    Ridgewood, NY 11385 |
| 8544066 | Automated Collections | 2802 Opryland Dr.    Nashville, TN 37214 |
| 8544068 | CKS Prime Investments | 1800 Route 34N Building    Suite 305    Belmar, NJ 07719 |
| 8544067 | Caine & Weiner | PO Box 55848    Sherman Oaks, CA 91413 |
| 8544069 | ConEdison | PO Box 1702    New York, NY 10116 |
| 8544070 | Credit Collection Services | 725 Canton St    Norwood, MA 02062 |
| 8544071 | Dominick White | 143 Admiral Lane    Bronx, NY 10473 |
| 8544072 | Harvard Collection Services | 4839 N. Elston Avenue    Chicago, IL 60630 |
| 8544073 | Jonathan Cornell | 15 White Plains Road    Bronx, NY 10473 |
| 8544074 | Kikoff Lending LLC | PO Box 40070    Reno, NV 89504 |
| 8544075 | Mission Lane Tab Bank | 101 2nd St., Suite 350    San Francisco, CA 94105 |
| 8544077 | NYSEG | PO Box 847812    Boston, MA 02284 |
| 8544076 | Nissan Shapiro, Esq. | Epstein, Schreier, Shaprio, LLP    1674 22nd Street, 2nd Fl.    Brooklyn, NY 11229 |
| 8544078 | OneMain | PO Box 1010    Evansville, IN 47706 |
| 8544079 | Peter J. Oliveri, Esq. | Kavulich & Associates, P.C.    181 Westchester Ave., Suite 301B    Port Chester, NY 10573 |
| 8544080 | Verizon | 500 Technology Drive    Nat L Recovery Dept M.S. 400    Saint Charles, MO 63304 |
| 8544081 | Verizon | PO Box 26055    Nat L Recovery Dept M.S. 400    Minneapolis, MN 55426 |

TOTAL: 25