# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 2/11/2025 |
| Case: 25−10264−lgb | Form ID: pdf001 | Total: 21 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion02.NYECF@USDOJ.GOV
tr      Alan Nisselson            anisselson@windelsmarx.com
aty     Jeb Singer                jsinger@jsingerlawgroup.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Brittney Michelle Watkins     143 Admiral Lane        Bronx, NY 10473
8544065    1719 Gates LLC        1719 Gates Avenue       Ridgewood, NY 11385
8544066    Automated Collections     2802 Opryland Dr.       Nashville, TN 37214
8544068    CKS Prime Investments      1800 Route 34N Building      Suite 305       Belmar, NJ 07719
8544067    Caine & Weiner        PO Box 55848        Sherman Oaks, CA 91413
8544069    ConEdison        PO Box 1702       New York, NY 10116
8544070    Credit Collection Services     725 Canton St       Norwood, MA 02062
8544071    Dominick White        143 Admiral Lane       Bronx, NY 10473
8544072    Harvard Collection Services      4839 N. Elston Avenue       Chicago, IL 60630
8544073    Jonathan Cornell      15 White Plains Road       Bronx, NY 10473
8544074    Kikoff Lending LLC        PO Box 40070       Reno, NV 89504
8544075    Mission Lane Tab Bank      101 2nd St., Suite 350       San Francisco, CA 94105
8544077    NYSEG        PO Box 847812        Boston, MA 02284
8544076    Nissan Shapiro, Esq.       Epstein, Schreier, Shaprio, LLP        1674 22nd Street, 2nd Fl.       Brooklyn, NY 11229
8544078    OneMain        PO Box 1010       Evansville, IN 47706
8544079    Peter J. Oliveri, Esq.       Kavulich & Associates, P.C.        181 Westchester Ave., Suite 301B       Port Chester, NY 10573
8544080    Verizon        500 Technology Drive       Nat L Recovery Dept M.S. 400       Saint Charles, MO 63304
8544081    Verizon        PO Box 26055        Nat L Recovery Dept M.S. 400        Minneapolis, MN 55426

TOTAL: 18