| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | Brittney Michelle Watkins | |
| | First Name            Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Southern District of New York | (State) |
| Case number | 25-10264 (lgb) | |
| (If known) | | |

Chapter filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

[ ]  The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[x]  The debtor(s) must pay the filing fee according to the following terms:

| You must pay… | On or before this date… |
|---|---|
| $ 80.00 | Month / day / year |
| $ 86.00 | 03/28/2025 — Month / day / year |
| $ 86.00 | 04/25/2025 — Month / day / year |
| + $ 86.00 | 05/30/2025 — Month / day / year |
| **Total** $ 338.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

February 11, 2025     **By the court:**    /s/ Lisa G. Beckerman
Month / day / year                                United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of New York

In re:  Case No. 25-10264-lgb

Brittney Michelle Watkins  Chapter 7

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1  User: admin  Page 1 of 2
Date Rcvd: Feb 11, 2025  Form ID: pdf001  Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brittney Michelle Watkins, 143 Admiral Lane, Bronx, NY 10473-2445 |
| 8544065 | + | 1719 Gates LLC, 1719 Gates Avenue, Ridgewood, NY 11385-2817 |
| 8544071 | + | Dominick White, 143 Admiral Lane, Bronx, NY 10473-2445 |
| 8544073 | + | Jonathan Cornell, 15 White Plains Road, Bronx, NY 10473-2402 |
| 8544076 | + | Nissan Shapiro, Esq., Epstein, Schreier, Shaprio, LLP, 1674 22nd Street, 2nd Fl., Brooklyn, NY 11229-1500 |
| 8544079 | + | Peter J. Oliveri, Esq., Kavulich & Associates, P.C., 181 Westchester Ave., Suite 301B, Port Chester, NY 10573-6522 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8544066 | + | Email/Text: bknotify@acsi.net | Feb 11 2025 19:01:00 | Automated Collections, 2802 Opryland Dr., Nashville, TN 37214-1200 |
| 8544067 | | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 11 2025 19:01:37 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413 |
| 8544069 | ^ | MEBN | Feb 11 2025 18:59:43 | ConEdison, PO Box 1702, New York, NY 10116-1702 |
| 8544070 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 11 2025 19:01:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 8544072 | + | Email/Text: bkynotice@harvardcollect.com | Feb 11 2025 19:01:00 | Harvard Collection Services, 4839 N. Elston Avenue, Chicago, IL 60630-2589 |
| 8544074 | ^ | MEBN | Feb 11 2025 18:59:57 | Kikoff Lending LLC, PO Box 40070, Reno, NV 89504-4070 |
| 8544075 | | Email/Text: ml-ebn@missionlane.com | Feb 11 2025 19:00:00 | Mission Lane Tab Bank, 101 2nd St., Suite 350, San Francisco, CA 94105 |
| 8544077 | + | Email/Text: callcenter_bteam@nyseg.com | Feb 11 2025 19:01:00 | NYSEG, PO Box 847812, Boston, MA 02284-7812 |
| 8544078 | + | Email/PDF: cbp@omf.com | Feb 11 2025 19:07:35 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 8544068 | | Email/Text: dispute@velocityrecoveries.com | Feb 11 2025 19:01:00 | CKS Prime Investments, 1800 Route 34N Building, Suite 305, Belmar, NJ 07719 |
| 8544081 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 11 2025 19:00:00 | Verizon, PO Box 26055, Nat L Recovery Dept M.S. 400, Minneapolis, MN 55426-0055 |
| 8544080 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 11 2025 19:00:00 | Verizon, 500 Technology Drive, Nat L Recovery Dept M.S. 400, Saint Charles, MO 63304-2225 |

TOTAL: 12

25-10264-lgb    Doc 8    Filed 02/13/25    Entered 02/14/25 00:11:27    Imaged
Certificate of Notice    Pg 3 of 3

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 11, 2025 | Form ID: pdf001 | Total Noticed: 18 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Nisselson | anisselson@windelsmarx.com n159@ecfcbis.com;theston@windelsmarx.com;mcorwin@windelsmarx.com |
| Jeb Singer | on behalf of Debtor Brittney Michelle Watkins jsinger@jsingerlawgroup.com jebsinger@gmail.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 3