UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re:                                                            :
                                                                  : Chapter 7
BRITTNEY MICHELLE WATKINS,                                        :
                                                                  : Case No. 25-10264-lgb
                                    Debtor.                       :
------------------------------------------------------------------x

FILED
U.S. BANKRUPTCY COURT
2025 FEB 20  P 2: 06
S.D.N.Y.

### CERTIFICATION REGARDING JUDGMENT OF POSSESSION
### PURSUANT TO 11 U.S.C. § 362(b)(22)

I, Jonathan Cornell, hereby certify under penalty of perjury:

1. I am the owner and landlord of premises located at 143 Admiral Lane, Unit 321, Bronx, NY 10473 (the "Premises").

2. On January 23, 2025, I obtained a judgment of possession against Brittney Michelle Watkins (the "Debtor") in a holdover proceeding in Bronx County Civil Court under Index No. LT-324389-24/BX.

3. On January 24, 2025, I obtained an additional judgment of possession against the Debtor in a non-payment proceeding in Bronx County Civil Court under Index No. LT-308077-24/BX.

4. The judgments of possession were obtained prior to the Debtor's bankruptcy filing on February 11, 2025.

5. A warrant of eviction was issued to New York City Marshal Justin Grossman on January 27, 2025.

6. The Debtor has not filed and served upon me a certification under 11 U.S.C. § 362(l)(1) indicating that applicable state law permits the Debtor to cure the monetary default, and that the Debtor has deposited with the clerk any rent that would become due during the 30-day period after the filing of the bankruptcy petition.

7. Therefore, pursuant to 11 U.S.C. § 362(b)(22), the automatic stay does not apply to the continuation of the eviction proceeding.

Sworn to before me this
20th day of February, 2025

_____
Notary Public

JENNY KIM
Notary Public, State of New York
Reg. No. 01KI6403281
Qualified in New York County
Commission Expires 01/21/20__

_____
Jonathan Cornell
120 Bourndale Rd N
Manhasset, NY 11030