UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                            :
                                                                  : Chapter 7
BRITTNEY MICHELLE WATKINS,                                        :
                                                                  : Case No. 25-10264-lgb
                              Debtor.                             :
------------------------------------------------------------------x

FILED
U.S. BANKRUPTCY COURT
2025 FEB 20  P 2: 06
S.D.N.Y.

### REQUEST FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO CONFIRM NO AUTOMATIC STAY IS IN EFFECT OR, IN THE ALTERNATIVE, FOR RELIEF FROM AUTOMATIC STAY

TO THE HONORABLE LISA G. BECKERMAN,
UNITED STATES BANKRUPTCY JUDGE:

Jonathan Cornell (the "Movant"), respectfully requests that this Court enter an order shortening the time for notice and hearing on Movant's Motion to Confirm No Automatic Stay is in Effect or, in the Alternative, for Relief from Automatic Stay (the "Motion"), and in support thereof states:

1. Cause exists to shorten time for the following reasons:
   a. The Debtor is not prejudiced by expedited consideration because no automatic stay is in effect pursuant to 11 U.S.C. § 362(b)(22);

   b. The Debtor has demonstrated an unwillingness to cure monetary defaults, having made no payments since December 2023;

   c. A warrant of eviction was issued prior to the bankruptcy filing and execution is imminent;

   d. Delay would cause substantial harm to Movant through continued loss of use and rental income from the Property.

2. Movant requests that the Court set the Motion for hearing on shortened notice.

WHEREFORE, Movant respectfully requests that this Court enter an order:

A. Shortening the time for notice and hearing on the Motion;

B. Setting the Motion for hearing at the Court's earliest convenience; and

C. Granting such other relief as the Court deems just and proper.

Dated: February 20, 2025
Manhasset, New York

Respectfully submitted,

_____
Jonathan Cornell
120 Bourndale Rd N
Manhasset, NY 11030

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
In re:                                                                 :
                                                                       : Chapter 7
BRITTNEY MICHELLE WATKINS,                                             :
                                                                       : Case No. 25-10264-lgb
                                        Debtor.                        :
-----------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jonathan Cornell, hereby certify that on February 20, 2025, I caused to be served a true and correct copy of the: (1) Notice of Motion, (2) Motion to Confirm No Automatic Stay is in Effect Pursuant to 11 U.S.C. § 362(b)(22) or, in the Alternative, for Relief from Stay, (3) Proposed Order, and (4) Request for Order Shortening Time for Hearing on Motion to Confirm No Automatic Stay is in Effect or, In the Alternative, For Relief From Automatic Stay and (5) all supporting exhibits, by first class mail, postage prepaid, upon:

Brittney M. Watkins 143 Admiral Lane, Unit 321 Bronx, NY 10473 (Debtor)

Jeb Singer J. Singer Law Group, PLLC One Liberty Plaza, 23rd Floor New York, NY 10006 (Attorney for Debtor)

Alan Nisselson Windels Marx Lane & Mittendorf, LLP 156 West 56th Street New York, NY 10019 (Chapter 7 Trustee)

Office of the United States Trustee U.S. Federal Office Building 201 Varick Street, Suite 1006 New York, NY 10014

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 20, 2025
Manhasset, New York

Sworn to before me this
20th day of February, 2025

_____
Notary Public

JENNY KIM
Notary Public, State of New York
Reg. No. 01KI6403281
Qualified in New York County
Commission Expires 01/21/20__

_____
Jonathan Cornell
120 Bourndale Rd N
Manhasset, NY 11030

LT-308077-24/BX

Civil Court of the City of New York
County of Bronx    Part _____
DECISION AND ORDER

Jonathan Cornell
           Petitioner(s)
    -against-
Brittney M Watkins; Dominick F White; "John" "Doe" - Undertenant; "Jane" "Doe" - Undertenant
           Respondent(s)

==========================================================================

**Decision and Order for entry of Judgment is rendered based upon respondents failure to answer as follows:**

**Judgment of possession** of the premises 143 Admiral Lane, Apt 321, Bronx, NY 10473 is granted in favor of:
(1) Jonathan Cornell
and against the following respondents determined to be in default:
(1) Brittney M Watkins
(2) ~~Dominick F White~~ (answered)
(3) "John" "Doe" - Undertenant
(4) "Jane" "Doe" - Undertenant

**A money judgment is hereby granted in favor of:**
(1) Jonathan Cornell
and against
(1) "John" "Doe" - Undertenant
(2) "Jane" "Doe" - Undertenant
(3) Brittney M Watkins
In the amount of $0.00 $_____
Plus Interest: ☐ None   ☐ Clerk to compute from _____   ☐ Interest amount $_____
Plus Attorney Fees: ☐ None   ☐ in the amount of $0.00 $_____
Plus Costs and Disbursements: ☐ None   ☐ calculated by Clerk   ☐ in the amount of $_____
For a Total Amount of $_____

Use and Occupancy: ☐ None   ☐ set at $0.00 $_____ per month

Additional Decision Detail: _____
_____
_____

Warrant of Eviction to issue forthwith

The earliest date execution of this warrant may occur pursuant to the order of the court is __1/27/25__

Decision Date: __1/24/25__

SO ORDERED
Judge, Civil Housing Court
Hon. Shorab Ibrahim

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the clerk when the judgment is satisfied. Failure to do so subjects the judgment creditor to penalties.

Corrected

1 of 1

FILED: BRONX CIVIL COURT - L&T 01/23/2025 03:58 PM    INDEX NO. LT-324389-24/BX [HO]
NYSCEF DOC. NO. 8                                                         RECEIVED NYSCEF: 01/23/2025

25-10264-lgb    Doc 11    Filed 02/20/25    Entered 02/20/25 15:06:21    Main Document
                                          Pg 5 of 5

Civil Court of the City of New York
County of Bronx

Index #  LT-324389-24/BX

Jonathan Cornell
                                    Petitioner(s)
              -against-
Brittney M. Watkins; Dominick F. White; "John"
"Doe"; "Jane"
"Doe"
                                    Respondent(s)

**Decision / Order**

Recitation, as required by CPLR 2219(a), of the papers considered in the review of this motion:

| Papers | Numbered |
|---|---|
| Order to show Cause/ Notice of Motion and Affidavits /Affirmations annexed | _____ |
| Answering Affidavits/ Affirmations | _____ |
| Reply Affidavits/ Affirmations | _____ |
| Memoranda of Law | _____ |
| Other | _____ |

Upon the foregoing cited papers, the Decision/ Order on the (motion / order to show cause) is

(granted /denied)   for the following reason(s):
Petitioner testified he is the owner of the subject premises and submitted a certified deed (petitioner exhibit 1). The petitioner testified there is no agreement in effect for anyone to occupy the subject premises. Petitioner stated that he spoke with both Watkins and White regarding the military status of the occupants and was informed that no one who occupies the premises is in the military or dependent.
Based on the aforementioned testimony and taking judicial notice of the contents of the court file petitioner is awarded a final judgment of possession against Brittney M. Watkins, Dominick F. White; "John Doe" and "Jane Doe". The warrant shall issue forthwith and execution of the warrant is stayed to February 4, 2025. The earliest execution date is February 5, 2025. The warrant shall execute upon service of the marshal's notice. This constitutes the Decision and Order of the court.

Date: January 23, 2025

                                                    Hon. Bryant F. Tovar
                                                    Housing Court Judge

**ENTERED**
**January 23, 2025**
**Bronx**
**Housing Court**