UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
In re:                                                              :
                                                                    : Chapter 7
BRITTNEY MICHELLE WATKINS,                                          :
                                                                    : Case No. 25-10264-lgb
                                            Debtor.                 :
-------------------------------------------------------------------------x

### NOTICE OF CREDITOR ADDRESS CHANGE

To the Clerk of the Bankruptcy Court:

Please update my address in the above-captioned case. I am a creditor in this matter and my address was incorrectly listed in the bankruptcy petition and related documents.

Current Address Listed:
15 White Plains Road
Bronx, NY 10473-2402

Correct Address:
120 Bourndale Rd N
Manhasset, NY 11030-1938

Dated: February 21st, 2025

_____
Jonathan Cornell
120 Bourndale Rd N
Manhasset, NY 11030
Email: cornell.jonathan@gmail.com
Tel: (646)374-8267

S.D.N.Y.
2025 FEB 21  P 1: 17
FILED
U.S. BANKRUPTCY COURT