UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                           :
                                                                 : Chapter 7
BRITTNEY MICHELLE WATKINS,                                       :
                                                                 : Case No. 25-10264-lgb
                                Debtor.                          :
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jonathan Cornell, hereby certify that on February 20, 2025, I caused to be served a true and correct copy of the: (1) Notice of Motion, (2) Motion to Confirm No Automatic Stay is in Effect Pursuant to 11 U.S.C. § 362(b)(22) or, in the Alternative, for Relief from Stay, (3) Proposed Order, (4) Request for Order Shortening Time for Hearing on Motion to Confirm No Automatic Stay is in Effect or, In the Alternative, For Relief From Automatic Stay and (5) all supporting exhibits, by both first class mail, postage prepaid, AND by USPS Priority Mail Express overnight delivery (tracking numbers attached), upon:

Brittney M. Watkins
143 Admiral Lane, Unit 321
Bronx, NY 10473
(Debtor)
Tracking Number: 9481730109355000276833

Jeb Singer
J. Singer Law Group, PLLC
One Liberty Plaza, 23rd Floor
New York, NY 10006
(Attorney for Debtor)
Tracking Number: 9481730109355000276857

Alan Nisselson
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
(Chapter 7 Trustee)
Tracking Number: 9481730109355000276864

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Tracking Number: 9481730109355000276840

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 21, 2025
Manhasset, New York

Sworn to before me this
21st day of February, 2025

_____
Notary Public

JENNY KIM
Notary Public, State of New York
Reg. No. 01KI6403281
Qualified in New York County
Commission Expires 01/21/20__

_____
Jonathan Cornell
120 Bourndale Rd N
Manhasset, NY 11030
cornell.jonathan@gmail.com
(646)374-8267