UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                              : Hearing Date: March 12, 2024
                                                    : Hearing Time: 10:00am EST
BRITTNEY MICHELLE WATKINS,        :
                                                    : Chapter 7
                                   Debtor.   : Case No. 25-10264-lgb
------------------------------------------------------------------x

## NOTICE OF HEARING REGARDING MOTION TO CONFIRM NO AUTOMATIC STAY IS IN EFFECT PURSUANT TO 11 U.S.C. § 362(b)(22) OR, IN THE ALTERNATIVE, FOR RELIEF FROM STAY

PLEASE TAKE NOTICE that on February 20, 2025, Jonathan Cornell (the "Movant"), filed a Motion to Confirm No Automatic Stay Is In Effect Pursuant to 11 U.S.C. § 362(b)(22) or, in the Alternative, for Relief from stay (the "Motion") [Docket No. 10].

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, on **March 12, 2025 at 10:00 a.m. (Eastern Time)**. The hearing will be conducted via Zoom for Government. Instructions for appearing via Zoom can be found on the Court's website at:

https://www.nysb.uscourts.gov/zoom-video-hearing-guide.[1]

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York and must be electronically filed with proof of

---

[1] Any party appearing at, listening to or observing the Hearing must make an electronic appearance, an eCourt appearance, by using the eCourt appearance portal located on the Court's website at http://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered on or before 4:00 p.m. prevailing Eastern Time the business day before the hearing.

service thereof, so as to be received no later than **March 5, 2025 at 5:00 p.m. (Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that the Hearing may be adjourned from time to time without any additional or further notice.

PLEASE TAKE FURTHER NOTICE that unless objections are received by the Objection Deadline, the relief may be granted as requested in the Motion.

Dated: February 25, 2025
Manhasset, New York

_____
Jonathan Cornell
120 Bourndale Rd N
Manhasset, NY 11030
(646) 374-8267
cornell.jonathan@gmail.com

TO:

BRITTNEY MICHELLE WATKINS
Debtor
143 Admiral Lane, Unit 321
Bronx, NY 10473

JEB SINGER
J. SINGER LAW GROUP, PLLC
Attorney for Debtor
One Liberty Plaza, 23rd Floor
New York, NY 10006

ALAN NISSELSON
CHAPTER 7 TRUSTEE
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street, 22nd Floor
New York, NY 10019

OFFICE OF THE US TRUSTEE
Alexander Hamilton Custom House

One Bowling Green
Room 534
New York, NY 10004

ALL BANKRUPTCY NOTICING CENTER
CREDITORS AND RECIPIENTS