UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
In re:                                                                        :
                                                                              : Chapter 7
BRITTNEY MICHELLE WATKINS,                                                    :
                                                                              : Case No. 25-10264-lgb
                                    Debtor.                                   :
-----------------------------------------------------------------------------x

FILED
U.S. BANKRUPTCY COURT
2025 FEB 27  P 1: 23
S.D.N.Y.

## CERTIFICATE OF SERVICE

I, Jonathan Cornell, hereby certify that on February 26, 2025, I caused to be served a true and correct copy of the NOTICE OF HEARING REGARDING MOTION TO CONFIRM NO AUTOMATIC STAY IS IN EFFECT PURSUANT TO 11 U.S.C. § 362(b)(22) OR, IN THE ALTERNATIVE, FOR RELIEF FROM STAY by the following means:

A. FIRST CLASS MAIL to the following 24 recipients:

1. Brittney Michelle Watkins 143 Admiral Lane Bronx, NY 10473
2. United States Trustee Office Alexander Hamilton Custom House One Bowling Green, Room 534 New York, NY 10004-1408
3. Alan Nisselson Windels Marx Lane & Mittendorf, LLP 156 West 56th Street New York, NY 10019
4. Jeb Singer J. Singer Law Group One Liberty Plaza, 165 Broadway, 23rd Floor New York, NY 10006
5. New York State Tax Commission Bankruptcy/Special Procedures Section P.O. Box 5300 Albany, NY 12205-0300
6. United States Attorney's Office Southern District of New York Attention: Tax & Bankruptcy Unit 86 Chambers Street, Third Floor New York, NY 10007
7. N.Y. State Unemployment Insurance Fund P.O. Box 551 Albany, NY 12201-0551
8. New York City Dept. of Finance Office of Legal Affairs 375 Pearl Street, 30th Floor New York, NY 10038
9. 1719 Gates LLC 1719 Gates Avenue Ridgewood, NY 11385
10. Automated Collections 2802 Opryland Dr. Nashville, TN 37214
11. CKS Prime Investments 1800 Route 34N Building, Suite 305 Belmar, NJ 07719
12. Caine & Weiner PO Box 55848 Sherman Oaks, CA 91413
13. ConEdison PO Box 1702 New York, NY 10116
14. Credit Collection Services 725 Canton St Norwood, MA 02062
15. Dominick White 143 Admiral Lane Bronx, NY 10473
16. Harvard Collection Services 4839 N. Elston Avenue Chicago, IL 60630
17. Kikoff Lending LLC PO Box 40070 Reno, NV 89504
18. Mission Lane Tab Bank 101 2nd St., Suite 350 San Francisco, CA 94105
19. NYSEG PO Box 847812 Boston, MA 02284
20. Nissan Shapiro, Esq. Epstein, Schreier, Shaprio, LLP 1674 22nd Street, 2nd Fl. Brooklyn, NY 11229
21. OneMain PO Box 1010 Evansville, IN 47706

22. Peter J. Oliveri, Esq. Kavulich & Associates, P.C. 181 Westchester Ave., Suite 301B Port Chester, NY 10573
23. Verizon (Saint Charles) 500 Technology Drive Nat'l Recovery Dept M.S. 400 Saint Charles, MO 63304
24. Verizon (Minneapolis) PO Box 26055 Nat'l Recovery Dept M.S. 400 Minneapolis, MN 55426

B. USPS PRIORITY MAIL EXPRESS to the following 4 recipients:

1. Brittney Michelle Watkins 143 Admiral Lane, Unit 321 Bronx, NY 10473 Tracking Number: 9481730109355000287082
2. Jeb Singer J. Singer Law Group, PLLC One Liberty Plaza, 23rd Floor New York, NY 10006 Tracking Number: 9481730109355000287068
3. Alan Nisselson Windels Marx Lane & Mittendorf, LLP 156 West 56th Street New York, NY 10019 Tracking Number: 9481730109355000287051
4. United States Trustee, Office of the United States Trustee - NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 Tracking Number: 9481730109355000287075

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 26, 2025
Manhasset, New York

Sworn to before me this
26th day of February, 2025

_____
Notary Public

JENNY KIM
Notary Public, State of New York
Reg. No. 01KI6403281
Qualified in New York County
Commission Expires 01/21/20__

_____
Jonathan Cornell, Pro Se
120 Bourndale Rd N
Manhasset, NY 11030
cornell.jonathan@gmail.com
(646)374-8267