UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:                                                                  :
                                                                        :      Chapter 7
    BRITTNEY MICHELLE WATKINS,                        :
                                                                        :      Case No. 25-10264-lgb
                                    Debtor.       :
------------------------------------------------------------------------x

**ORDER CONFIRMING NO AUTOMATIC STAY IS IN EFFECT
OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM AUTOMATIC STAY**

UPON the Motion for Relief from Stay (the "Motion") [ECF 10] of Jonathan Cornell (the "Movant"), filed on February 20, 2025; and the Movant having filed the Certification Regarding Judgment of Possession [ECF 9] on February 20, 2025, which identified and verified relevant documents issued from state court proceedings between the Debtor and the Movant; and due notice of the Motion having been given [ECF 13]; and there being no opposition thereto; and the Court having held a hearing on the Motion on March 12, 2025 (the "Hearing"), at which the Movant appeared; and upon the record of the Hearing; and, after careful consideration and due deliberation, and sufficient cause appearing therefor, it is hereby

ORDERED, that the automatic stay may not apply to the Movant's efforts under applicable non-bankruptcy law to recover possession of the premises located at 143 Admiral Lane, Unit 321, Bronx, NY 10473 (the "Premises") because of the finding by the state court prior to the commencement of the case that the Debtor no longer has any rights with respect to the Premises; and it is further

ORDERED, that, to the extent that the Debtor has any rights with respect to the Premises, pursuant to 11 U.S.C. §§ 362(d)(1) and 362(d)(2), the automatic stay is hereby modified to permit the Movant to exercise all rights and remedies under applicable non-bankruptcy law to recover possession of the Premises; and it is further

ORDERED, that the fourteen-day stay under Bankruptcy Rule 4001(a)(4) is hereby waived and this Order shall be effective immediately upon entry; and it is further

ORDERED, that this Court retains jurisdiction over all matters arising out of the implementation and execution of the terms of this Order.

Dated: New York, New York
       March 13, 2025

                              */s/ Lisa G. Beckerman*
                              HONORABLE LISA G. BECKERMAN
                              UNITED STATES BANKRUPTCY JUDGE