# EXHIBIT A:
# Notices of Eviction and Marshal's Legal Possession

FILED: BRONX CIVIL COURT - L&T 02/25/2025 10:58 PM INDEX NO. LT-308077-24/BX
NYSCEF DOC. NO. 14 RECEIVED NYSCEF: 02/25/2025

25-10264-jcb    Doc 18-1    Filed 04/04/25    Entered 04/08/25 10:24:57    Exhibit A
Pg 2 of 7

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
TRIBUNAL CIVIL DE LA CIUDAD DE NEW YORK
CONDADO DE BRONX

Index No. LT 308077/24A
BZE

Marshal's Docket No. 142815 RESIDENTIAL

JONATHAN CORNELL

*Petitioner*
*Landlord*

against

*Respondent*
*Tenant*

DOMINICK F. WHITE
143 ADMIRAL LANE
Apt# 321 Floor -
BRONX NY 10473

*Respondent*
*Undertenant*



CITY MARSHAL
**Justin Grossman #28**
378 93rd Street, Suite 1R
Brooklyn, NY 11209
Tel: (718) 998-1852

## NOTICE OF EVICTION – 14 DAYS

To the above named tenant(s) and undertenant(s):

The Court has issued a warrant of eviction. If you do not vacate the location listed above within **FOURTEEN DAYS** after the date of this notice, YOU MAY BE EVICTED, WITHOUT FURTHER NOTICE ON **THE FOLLOWING BUSINESS DAY** or on any business day after. "Business Days" are Monday through Friday except legal holidays.

### HOW CAN I STOP THIS EVICTION?

- The ONLY way you can stop this eviction is with a Court order prior to eviction that (1) temporarily stays your eviction, or (2) vacates a warrant for the non-payment of rent, after a deposit or payment with the Court of the full rent due.
- You may apply for such an order at the Civil Court, Landlord-Tenant part, in your borough. Contact information for the Courts is available at the link below.
- If granted, a temporary stay will stop this eviction until the stay expires or is vacated by the Court.

### HOW CAN I BE EVICTED?

- If you do nothing in response to this notice, you may be evicted without further notice.
- If a Court has already ordered that you be evicted if you fail to make a payment or comply with the Court's order by a certain date, your failure to pay or comply with the Court's order by that date may result in your eviction without further notice.

### HOW CAN I GET HELP?

- New York City provides free legal services for tenants facing eviction. Call 718-557-1379 for information about how to access free legal assistance. Free interpretation services are available.
- If you are dependent upon a person in the military service of the United States, let the clerk of the Court know immediately in order to protect your rights. Contact information for the Clerk is available at the link below.
- The Department of Social Services may be able to help you with back payments or other assistance. Call 718-557-1399 or 311 for information. Free interpretation services are available.

## NOTIFICACIÓN DE DESALOJO DE 14 DÍAS

A los inquilinos y subinquilinos citados arriba:

El tribunal ha emitido una orden de desalojo por la cual, de no desocupar el lugar indicado arriba dentro de **CATORCE DÍAS** después de la fecha de la presente notificación, PODRÍAN DESALOJARLO SIN PREVIO AVISO A PARTIR DEL **DÍA HÁBIL SIGUIENTE**, a contar de lunes a viernes excepto los días festivos oficiales.

### ¿CÓMO DETENGO EL DESALOJO?

- La ÚNICA forma es con un dictamen que emita el tribunal antes del desalojo (1) que lo suspenda temporalmente o (2) que desestime una orden judicial por impago o después de realizar depósito o saldar el alquiler ante el tribunal.
- Podrá solicitar dicho dictamen en la Sala de Asuntos entre Propietario e Inquilino en el tribunal civil de su municipio. Vea los datos de contacto de los tribunales en el enlace al pie de página.
- De ser concedido dicho dictamen, una suspensión temporera detendrá el desalojo hasta que venza o bien lo desestime el tribunal.

### ¿CÓMO PODRÍAN DESALOJARME?

- De hacer caso omiso a esta notificación, podrían desalojarlo sin previo aviso.
- Si el tribunal ya dictaminó que lo desalojen por impago o incumplimiento de dicha orden en fecha determinada, podrían desalojarlo sin previo aviso.

### ¿DÓNDE CONSIGO AYUDA?

- La ciudad ofrece servicios legales gratis a inquilinos con amenaza de desalojo. Llame al 718-557-1379 y averigüe cómo conseguirla. Se dispone de interpretación gratis.
- Si depende de alguien en el servicio militar de los Estados Unidos, proteja sus derechos al informárselo enseguida al secretario del tribunal, cuyos datos de contacto aparecen en el enlace al pie de página.
- El Departamento de Servicios Sociales (Department of Social Services) podría ayudarle con los pagos atrasados y demás asuntos. Infórmese por el 718-557-1399 o el 311. Se dispone de interpretación gratis.

Date of Notice/Fechada el†    Monday, February 24, 2025

Earliest Eviction Date/
Fecha del primer desalojo/    03/11/25

More Information / Más información en
nyc.gov/doi/evictions  (212) 709-7900

驱逐通知 – 更多信息
Уведомление о выселении: дополнительная информация
উচ্ছেদের সমন – আরও তথ্যের জন্য
إشعار إخلاء – مزيد من المعلومات
انخلاء کا نوٹس – مزید معلومات

驅逐通知 – 更多資訊
Avi Konsènan Degèpisman: plis enfòmasyon
퇴거 통지 – 자세한 정보
Avis d'expulsion: plus d'informations
Powiadomienie o eksmisji: dodatkowe informacje

† The date of this notice shall be on or after the date the notice is served on respondent.   †La presente notificación esta fechada a partir del dia de entrega al demandado.

1 of 1

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
TRIBUNAL CIVIL DE LA CIUDAD DE NEW YORK
CONDADO DE BRONX

Index No. LT 308077/24B
BZE
Marshal's Docket No. 143450 RESIDENTIAL

JONATHAN CORNELL

against

BRITTNEY M. WATKINS
143 ADMIRAL LANE
Apt# 321  Floor -
BRONX NY 10473

*Petitioner Landlord*

*Respondent Tenant*

*Respondent Undertenant*



CITY MARSHAL
**Justin Grossman #28**
378 93rd Street, Suite 1R
Brooklyn, NY 11209
Tel: (718) 998-1852

## NOTICE OF EVICTION – 14 DAYS

To the above named tenant(s) and undertenant(s):

The Court has issued a warrant of eviction. If you do not vacate the location listed above within **FOURTEEN DAYS** after the date of this notice, YOU MAY BE EVICTED, WITHOUT FURTHER NOTICE ON **THE FOLLOWING BUSINESS DAY** or on any business day after. "Business Days" are Monday through Friday except legal holidays.

### HOW CAN I STOP THIS EVICTION?

• The ONLY way you can stop this eviction is with a Court order prior to eviction that (1) temporarily stays your eviction, or (2) vacates a warrant for the non-payment of rent, after a deposit or payment with the Court of the full rent due.

• You may apply for such an order at the Civil Court, Landlord-Tenant part, in your borough. Contact information for the Courts is available at the link below.

• If granted, a temporary stay will stop this eviction until the stay expires or is vacated by the Court.

### HOW CAN I BE EVICTED?

• If you do nothing in response to this notice, you may be evicted without further notice.

• If a Court has already ordered that you be evicted if you fail to make a payment or comply with the Court's order by a certain date, your failure to pay or comply with the Court's order by that date may result in your eviction without further notice.

### HOW CAN I GET HELP?

• New York City provides free legal services for tenants facing eviction. Call 718-557-1379 for information about how to access free legal assistance. Free interpretation services are available.

• If you are dependent upon a person in the military service of the United States, let the clerk of the Court know immediately in order to protect your rights. Contact information for the Clerk is available at the link below.

• The Department of Social Services may be able to help you with back payments or other assistance. Call 718-557-1399 or 311 for information. Free interpretation services are available.

## NOTIFICACIÓN DE DESALOJO DE 14 DÍAS

A los inquilinos y subinquilinos citados arriba:

El tribunal ha emitido una orden de desalojo por la cual, de no desocupar el lugar indicado arriba dentro de **CATORCE DÍAS** después de la fecha de la presente notificación, PODRÍAN DESALOJARLO SIN PREVIO AVISO A PARTIR DEL **DÍA HÁBIL SIGUIENTE**, a contar de lunes a viernes excepto los días festivos oficiales.

### ¿CÓMO DETENGO EL DESALOJO?

• La ÚNICA forma es con un dictamen que emita el tribunal antes del desalojo (1) que lo suspenda temporalmente o (2) que desestime una orden judicial por impago o después de realizar depósito o saldar el alquiler ante el tribunal.

• Podrá solicitar dicho dictamen en la Sala de Asuntos entre Propietario e Inquilino en el tribunal civil de su municipio. Vea los datos de contacto de los tribunales en el enlace al pie de página.

• De ser concedido dicho dictamen, una suspensión temporera detendrá el desalojo hasta que venza o bien lo desestime el tribunal.

### ¿CÓMO PODRÍAN DESALOJARME?

• De hacer caso omiso a esta notificación, podrían desalojarlo sin previo aviso.

• Si el tribunal ya dictaminó que lo desalojen por impago o incumplimiento de dicha orden en fecha determinada, podrían desalojarlo sin previo aviso.

### ¿DÓNDE CONSIGO AYUDA?

• La ciudad ofrece servicios legales gratis a inquilinos con amenaza de desalojo. Llame al 718-557-1379 y averigüe cómo conseguirla. Se dispone de interpretación gratis.

• Si depende de alguien en el servicio militar de los Estados Unidos, proteja sus derechos al informárselo enseguida al secretario del tribunal, cuyos datos de contacto aparecen en el enlace al pie de página.

• El Departamento de Servicios Sociales (Department of Social Services) podría ayudarle con los pagos atrasados y demás asuntos. Infórmese por el 718-557-1399 o el 311. Se dispone de interpretación gratis.

**Date of Notice/Fechada el†**  Monday, February 24, 2025

**Earliest Eviction Date/**
**Fecha del primer desalojo/**  03/11/25

More Information / Más información en
nyc.gov/doi/evictions  (212) 709-7900

驱逐通知 – 更多信息
Уведомление о выселении: дополнительная информация
উচ্ছেদের সমন – আরও তথ্যের জন্য
إشعار إخلاء – مزيد من المعلومات
انخلاء کا نوٹس – مزید معلومات

驅逐通知 – 更多資訊
Avi Konsènan Degèpisman: plis enfòmasyon
퇴거 통지 – 자세한 정보
Avis d'expulsion: plus d'informations
Powiadomienie o eksmisji: dodatkowe informacje

† The date of this notice shall be on or after the date the notice is served on respondent.   †La presente notificación esta fechada a partir del día de entrega al demandado.

1 of 3

FILED: BRONX CIVIL COURT - L&T 02/25/2025 10:58 PM INDEX NO. LT-308077-24/BX
NYSCEF DOC. NO. 15 RECEIVED NYSCEF: 02/25/2025

25-10264-jgb    Doc 18-1    Filed 04/04/25    Entered 04/08/25 10:24:57    Exhibit A
Pg 4 of 7

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
TRIBUNAL CIVIL DE LA CIUDAD DE NEW YORK
CONDADO DE BRONX

Index No. LT 308077/24B
BZE

Marshal's Docket No. 143450 RESIDENTIAL

JONATHAN CORNELL

*Petitioner*
*Landlord*

against

*Respondent*
*Tenant*

JOHN DOE
143 ADMIRAL LANE
Apt# 321 Floor -
BRONX NY 10473

*Respondent*
*Undertenant*



CITY MARSHAL
**Justin Grossman #28**
378 93rd Street, Suite 1R
Brooklyn, NY 11209
Tel: (718) 998-1852

## NOTICE OF EVICTION – 14 DAYS

To the above named tenant(s) and undertenant(s):

The Court has issued a warrant of eviction. If you do not vacate the location listed above within **FOURTEEN DAYS** after the date of this notice, YOU MAY BE EVICTED, WITHOUT FURTHER NOTICE ON **THE FOLLOWING BUSINESS DAY** or on any business day after. "Business Days" are Monday through Friday except legal holidays.

### HOW CAN I STOP THIS EVICTION?

- The ONLY way you can stop this eviction is with a Court order prior to eviction that (1) temporarily stays your eviction, or (2) vacates a warrant for the non-payment of rent, after a deposit or payment with the Court of the full rent due.
- You may apply for such an order at the Civil Court, Landlord-Tenant part, in your borough. Contact information for the Courts is available at the link below.
- If granted, a temporary stay will stop this eviction until the stay expires or is vacated by the Court.

### HOW CAN I BE EVICTED?

- If you do nothing in response to this notice, you may be evicted without further notice.
- If a Court has already ordered that you be evicted if you fail to make a payment or comply with the Court's order by a certain date, your failure to pay or comply with the Court's order by that date may result in your eviction without further notice.

### HOW CAN I GET HELP?

- New York City provides free legal services for tenants facing eviction. Call 718-557-1379 for information about how to access free legal assistance. Free interpretation services are available.
- If you are dependent upon a person in the military service of the United States, let the clerk of the Court know immediately in order to protect your rights. Contact information for the Clerk is available at the link below.
- The Department of Social Services may be able to help you with back payments or other assistance. Call 718-557-1399 or 311 for information. Free interpretation services are available.

## NOTIFICACIÓN DE DESALOJO DE 14 DÍAS

A los inquilinos y subinquilinos citados arriba:

El tribunal ha emitido una orden de desalojo por la cual, de no desocupar el lugar indicado arriba dentro de **CATORCE DÍAS** después de la fecha de la presente notificación, PODRÍAN DESALOJARLO SIN PREVIO AVISO A PARTIR DEL **DÍA HÁBIL SIGUIENTE**, a contar de lunes a viernes excepto los días festivos oficiales.

### ¿CÓMO DETENGO EL DESALOJO?

- La ÚNICA forma es con un dictamen que emita el tribunal antes del desalojo (1) que lo suspenda temporalmente o (2) que desestime una orden judicial por impago o después de realizar depósito o saldar el alquiler ante el tribunal.
- Podrá solicitar dicho dictamen en la Sala de Asuntos entre Propietario e Inquilino en el tribunal civil de su municipio. Vea los datos de contacto de los tribunales en el enlace al pie de página.
- De ser concedido dicho dictamen, una suspensión temporera detendrá el desalojo hasta que venza o bien lo desestime el tribunal.

### ¿CÓMO PODRÍAN DESALOJARME?

- De hacer caso omiso a esta notificación, podrían desalojarlo sin previo aviso.
- Si el tribunal ya dictaminó que lo desalojen por impago o incumplimiento de dicha orden en fecha determinada, podrían desalojarlo sin previo aviso.

### ¿DÓNDE CONSIGO AYUDA?

- La ciudad ofrece servicios legales gratis a inquilinos con amenaza de desalojo. Llame al 718-557-1379 y averigüe cómo conseguirla. Se dispone de interpretación gratis.
- Si depende de alguien en el servicio militar de los Estados Unidos, proteja sus derechos al informárselo enseguida al secretario del tribunal, cuyos datos de contacto aparecen en el enlace al pie de página.
- El Departamento de Servicios Sociales (Department of Social Services) podría ayudarle con los pagos atrasados y demás asuntos. Infórmese por el 718-557-1399 o el 311. Se dispone de interpretación gratis.

Date of Notice/Fechada el †    Monday, February 24, 2025

Earliest Eviction Date/
Fecha del primer desalojo/    03/11/25

**More Information / Más información en**
nyc.gov/doi/evictions  (212) 709-7900

驱逐通知 – 更多信息
Уведомление о выселении: дополнительная информация
উচ্ছেদের সমন – আরও তথ্যের জন্য
إشعار إخلاء – مزيد من المعلومات
انخلاء کا نوٹس – مزید معلومات

驱逐通知 – 更多資訊
Avi Konsènan Degèpisman: plis enfòmasyon
퇴거 통지 – 자세한 정보
Avis d'expulsion: plus d'informations
Powiadomienie o eksmisji: dodatkowe informacje

† The date of this notice shall be on or after the date the notice is served on respondent.    †La presente notificación esta fechada a partir del dia de entrega al demandado.

2 of 3

FILED: BRONX CIVIL COURT - L&T 02/25/2025 10:58 PM INDEX NO. LT-308077-24/BX
NYSCEF DOC. NO. 15 RECEIVED NYSCEF: 02/25/2025

25-10264-jgb    Doc 18-1    Filed 04/04/25    Entered 04/08/25 10:24:57    Exhibit A
Pg 5 of 7

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
TRIBUNAL CIVIL DE LA CIUDAD DE NEW YORK
CONDADO DE BRONX

Index No. LT N-308077/24B
BZE
Marshal's Docket No. 143450 RESIDENTIAL

JONATHAN CORNELL

*Petitioner / Landlord*

against

JANE DOE
143 ADMIRAL LANE
Apt# 321  Floor -
BRONX NY 10473

*Respondent / Tenant*

*Respondent / Undertenant*



CITY MARSHAL
**Justin Grossman #28**
378 93rd Street, Suite 1R
Brooklyn, NY 11209
Tel: (718) 998-1852

## NOTICE OF EVICTION – 14 DAYS

To the above named tenant(s) and undertenant(s):

The Court has issued a warrant of eviction. If you do not vacate the location listed above within **FOURTEEN DAYS** after the date of this notice, YOU MAY BE EVICTED, WITHOUT FURTHER NOTICE ON **THE FOLLOWING BUSINESS DAY** or on any business day after. "Business Days" are Monday through Friday except legal holidays.

### HOW CAN I STOP THIS EVICTION?

- The ONLY way you can stop this eviction is with a Court order prior to eviction that (1) temporarily stays your eviction, or (2) vacates a warrant for the non-payment of rent, after a deposit or payment with the Court of the full rent due.
- You may apply for such an order at the Civil Court, Landlord-Tenant part, in your borough. Contact information for the Courts is available at the link below.
- If granted, a temporary stay will stop this eviction until the stay expires or is vacated by the Court.

### HOW CAN I BE EVICTED?

- If you do nothing in response to this notice, you may be evicted without further notice.
- If a Court has already ordered that you be evicted if you fail to make a payment or comply with the Court's order by a certain date, your failure to pay or comply with the Court's order by that date may result in your eviction without further notice.

### HOW CAN I GET HELP?

- New York City provides free legal services for tenants facing eviction. Call 718-557-1379 for information about how to access free legal assistance. Free interpretation services are available.
- If you are dependent upon a person in the military service of the United States, let the clerk of the Court know immediately in order to protect your rights. Contact information for the Clerk is available at the link below.
- The Department of Social Services may be able to help you with back payments or other assistance. Call 718-557-1399 or 311 for information. Free interpretation services are available.

## NOTIFICACIÓN DE DESALOJO DE 14 DÍAS

A los inquilinos y subinquilinos citados arriba:

El tribunal ha emitido una orden de desalojo por la cual, de no desocupar el lugar indicado arriba dentro de **CATORCE DÍAS** después de la fecha de la presente notificación, PODRÍAN DESALOJARLO SIN PREVIO AVISO A PARTIR DEL **DÍA HÁBIL SIGUIENTE**, a contar de lunes a viernes excepto los días festivos oficiales.

### ¿CÓMO DETENGO EL DESALOJO?

- La ÚNICA forma es con un dictamen que emita el tribunal antes del desalojo (1) que lo suspenda temporalmente o (2) que desestime una orden judicial por impago o después de realizar depósito o saldar el alquiler ante el tribunal.
- Podrá solicitar dicho dictamen en la Sala de Asuntos entre Propietario e Inquilino en el tribunal civil de su municipio. Vea los datos de contacto de los tribunales en el enlace al pie de página.
- De ser concedido dicho dictamen, una suspensión temporera detendrá el desalojo hasta que venza o bien lo desestime el tribunal.

### ¿CÓMO PODRÍAN DESALOJARME?

- De hacer caso omiso a esta notificación, podrían desalojarlo sin previo aviso.
- Si el tribunal ya dictaminó que lo desalojen por impago o incumplimiento de dicha orden en fecha determinada, podrían desalojarlo sin previo aviso.

### ¿DÓNDE CONSIGO AYUDA?

- La ciudad ofrece servicios legales gratis a inquilinos con amenaza de desalojo. Llame al 718-557-1379 y averigüe cómo conseguirla. Se dispone de interpretación gratis.
- Si depende de alguien en el servicio militar de los Estados Unidos, proteja sus derechos al informárselo enseguida al secretario del tribunal, cuyos datos de contacto aparecen en el enlace al pie de página.
- El Departamento de Servicios Sociales (Department of Social Services) podría ayudarle con los pagos atrasados y demás asuntos. Infórmese por el 718-557-1399 o el 311. Se dispone de interpretación gratis.

Date of Notice/Fechada el†   Monday, February 24, 2025

Earliest Eviction Date/
Fecha del primer desalojo/   03/11/25

More Information / Más información en
nyc.gov/doi/evictions  (212) 709-7900

驱逐通知 - 更多信息
Уведомление о выселении: дополнительная информация
উচ্ছেদের সমন – আরও তথ্যের জন্য
اشعار إخلاء – مزيد من المعلومات
انخلاء کا نوٹس — مزید معلومات

驅逐通知 - 更多資訊
Avi Konsènan Degèpisman: plis enfòmasyon
퇴거 통지 – 자세한 정보
Avis d'expulsion: plus d'informations
Powiadomienie o eksmisji: dodatkowe informacje

† The date of this notice shall be on or after the date the notice is served on respondent.   †La presente notificación esta fechada a partir del dia de entrega al demandado.

3 of 3

# MARSHAL'S LEGAL POSSESSION

Marshal's Docket# 143450

Civil Court of the City Of New York
County of   BRONX

Index No. 308077/24B

JONATHAN CORNELL             Petitioner
                             Landlord

                against

BRITTNEY M. WATKINS JOHN DOE       Respondent Tenant
JANE DOE  et al.
Apt# 321
143 ADMIRAL LANE
BRONX NY 10473                                    CITY MARSHAL

                             Respondent Undertenant



Name of Tenant and/or undertenant being fictitious and unknown, person intended, occupying

**THE LANDLORD HAS LEGAL POSSESSION OF THESE PREMISES.**

FOR INFORMATION, CONTACT THE LANDLORD OR AGENT IMMEDIATELY.

**Justin Grossman
Marshal, City Of New York
Badge #28**
378 93rd Street, Suite 1R
Brooklyn, NY 11209
(718) 998-1852

Date: **03/27/25**

*Anyone who defaces this legal notice or causes same to be defaced is guilty of a misdemeanor and will be punished to the full extent of the law.*

# **MARSHAL'S LEGAL POSSESSION**

Marshal's Docket# 142815

Civil Court of the City Of New York
County of   BRONX

Index No. 308077/24A

JONATHAN CORNELL                                    *Petitioner*
                                                    *Landlord*

                              against

DOMINICK F. WHITE                          *Respondent Tenant*
  et al.
Apt# 321
143 ADMIRAL LANE
BRONX NY 10473

                                        *Respondent Undertenant*



**CITY MARSHAL**

Name of Tenant and/or undertenant being fictitious and unknown, person intended, occupying

**THE LANDLORD HAS LEGAL POSSESSION OF THESE PREMISES.**

**FOR INFORMATION, CONTACT THE LANDLORD OR AGENT IMMEDIATELY.**

Justin Grossman
Marshal, City Of New York
Badge #28
378 93rd Street, Suite 1R
Brooklyn, NY 11209
(718) 998-1852

Date: **03/27/25**

Anyone who defaces this legal notice or causes same to be defaced is guilty of a misdemeanor and will be punished to the full extent of the law.