# EXHIBIT C:

# Debtor's Payment Account Screenshots

25-10264-lgb    Doc 18-3    Filed 04/04/25    Entered 04/08/25 10:24:57    Exhibit C
Pg 1 of 4



# CashApp

10:41    

✕   ★



## Queen Kashy
$QueenBCashy

📅 Joined Aug 2022

⊘ Not paid by people you know

 In your contacts

## Your history

# 0

Total transactions

**$0.00**                                **$0.00**

Total received                           Total sent

## What you can do

**Pay**

# PayPal

