# EXHIBIT D:

# Debtor's June 2023 Paystub

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| RH | 394554 | 823150 | 5983 | 0000534972 | 1 |

## Earnings Statement

ADP

**Robert Half**
2844 Sand Hill Road
Menlo Park Ca, 94025

Period Beginning: 05/21/2023
Period Ending: 06/03/2023
Pay Date: 06/09/2023

Taxable Marital Status: Single
Exemptions/Allowances:
- Federal: 99
- NY: 99
- New York Cit: 99

Brittney Watkins
1719 Gates Ave APT. #3L
Ridegwood NY 11385

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 38.50 | 80 00 | 2,840.00 | 28,400.00 |

**Net Check**  $2,321.90

**Gross Pay**  $2,840.00

### Deductions

**Statutory**
| | | |
|---|---|---|
| Social Security Tax | -180.73 | 1,807.30 |
| Medicare Tax | -96.45 | 506.49 |
| NY SDI Tax | -43.98 | 439.80 |
| NY City Tax | -28.32 | 283.20 |
| Federal Income Tax | -120.37 | 1,203.70 |

**Other**
| | | |
|---|---|---|
| Med/Dental/Rx | -48.25 | 482.50 |

**Other Benefits and Information**
| | this period | total to date |
|---|---|---|
| Sick Balance | 60 50 | |
| Vacation Bal | 35 00 | |

**Deposits**
| | |
|---|---|
| Account No | xxx2931 |

**Net Pay**  $2,321.90

© 2000 ADP, Inc.

---

**Robert Half**
44 2844 Sand Hill Road
Menlo Park Ca, 94025

RH    77-339812
Payroll check number: 0007982
Pay date: 06/09/2023

Pay to the order of: WATKINS,BRITTNEY

This amount: TWO THOUSAND TWO HUNDRED THIRTY ONE AND 90/100 DOLLARS    $2,231.90

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE

THIS IS NOT A CHECK

J.P. MORGAN
430 W 7TH STREET
KANSAS CITY, MO
64105

VOID AFTER 180 DAYS