# EXHIBIT E:

# Debtor and Mr. White's Rental Application



Application for
143 Admiral Ln The Bronx, NY 10473

## Application                                           Dominick White

### Basic Info

**Dominick White**  
Brittneymwatkins004@gmail.com  
(929) 337-0965

**Preferred Move-In Date**  
06/30/2023

**Preferred Term**  
36 month lease

### Identification

**Last 4 Digits of Driver's License #**  
2425  
NY

**Date of Birth**  
\*\*/\*\*/1991

**SSN/ITIN**  
\*\*\*\*-\*\*-

### Minors

### Residence History

**Current Address**  
1719 gates ave 3L  
Queens, NY 11385

**I lived here for...**  
2 years, 1 month

**Type**  
Rental

**Landlord/Manager**  
Amanda Moss  
(929) 353-0387

### Employment

**Current Employer**  
St. Barnabas  
Bronx, NY

**Previous Employer**  
Robert Half  
Queens, NY

**Position/Title**  
Administrative Sergeant

**Position/Title**  
Management ana

**I worked here from...**  
May 2015 - Current

**I worked here from...**  
Apr. 2021 - Current

**Supervisor Name**  
Sergeant Lopez  
(718) 960-9000

**Supervisor Name**  
Pouline Stallings  
(347) 932-4997

## Income

**$183,091.00 per year**

**Comments**
We also have 2 children receiving income SSI as well, 20k annual for them tog

**Supporting Documents**
W2- Brittney.pdf
BRITTNEY PAYSTUB.pdf
BRITTNEY PAYSTUB2.pdf
Dom W2.pdf
Dom pay stub .pdf
Dom paystub 2.pdf
9593E079-9293-451B-88E2-150F34DCCD2D.jpeg
209A7CDD-D7EE-4ACD-B92E-49E91A26DDBC.jpeg

## References

Carlton Holness
Co-worker
(646) 258-7753

## Emergency Contacts

Yvonne Greenwood
Family
(803) 447-5954

Kennedy Watkins
Family
(347) 344-9887

## Agreement History

- Dominick White agreed to Apartments.com Terms & Conditions on Jun 17, 2023, 09:45 am EST
- Digitally signed by Dominick White on Jun 17, 2023, 10:57 am EST
- Tenant grants permission for property owner or manager to contact any current or former employers, property owners or managers and references listed on this application and further grants permission to current and formers employers, property owners or managers, and references listed on this application to release their information for verification purposes

*Dominick White*