UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                      :
                                                            :     Chapter 7
BRITTNEY MICHELLE WATKINS,                                  :
                                                            :     Case No. 25-10264-lgb
                    Debtor.                                 :
------------------------------------------------------------x

**PROPOSED ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION**

Upon the ex parte motion (the "Motion") of Jonathan Cornell (the "Movant"), a creditor and party in interest in the above-captioned case, for an order pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure authorizing the examination of (i) Brittney Michelle Watkins (the "Debtor"), (ii) Dominick Franklin White, and (iii) Shaye Falkowitz, a representative of CW Realty Group, an agent of 1719 Gates LLC, and requiring the production of certain documents, and it appearing that such relief is appropriate under the circumstances, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Movant is authorized to examine the Debtor pursuant to Bankruptcy Rule 2004; and it is further

ORDERED, that the Debtor shall produce all documents described in Exhibit G to the Motion within fourteen (14) days of the entry of this Order, in their native electronic format where applicable; and it is further

ORDERED, that the Movant is authorized to examine Dominick Franklin White pursuant to Bankruptcy Rule 2004; and it is further

ORDERED, that Dominick Franklin White shall produce all documents described in Exhibit G to the Motion within fourteen (14) days of the entry of this Order, in their native electronic format where applicable; and it is further

ORDERED, that the Movant is authorized to examine Shaye Falkowitz pursuant to Bankruptcy Rule 2004 or, alternatively, Shaye Falkowitz may provide a sworn affidavit confirming the current and past employment status of Amanda Moss with respect to CW Realty or 1719 Gates LLC; and it is further

ORDERED, that the examinations shall be conducted at a time and place to be mutually agreed upon by the parties or, if no agreement is reached, at a time and place to be designated by the Movant in a subsequently issued subpoena; and it is further

ORDERED, that the examinations shall be held at the office of the Movant or at such other place as may be agreed upon by the parties and may be adjourned from day to day, or time to time, until completed; and it is further

ORDERED, that the examination of the Debtor shall be recorded by stenographic means; and it is further

ORDERED, that notice of any subpoena served in connection with the Rule 2004 examination authorized by this Order shall be given by serving a copy of the subpoena on the person to be examined and their counsel (if known) at least fourteen (14) days prior to the date of the examination; and it is further

ORDERED, that this Court shall retain jurisdiction to resolve any disputes arising under this Order and to interpret and enforce the terms of this Order.

Dated: New York, New York
_____, 2025

_____
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE