UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:                                                     :
                                                           :   Chapter 7
BRITTNEY MICHELLE WATKINS,                                 :
                                                           :   Case No. 25-10264-lgb
              Debtor.                                      :
-----------------------------------------------------------x

FILED
U.S. BANKRUPTCY COURT
2025 APR -4  A 8:43
S.D.N.Y.

## AFFIDAVIT AUTHENTICATING EXHIBITS C, D, E, AND F

STATE OF NEW YORK )
                  )
ss.: COUNTY OF NASSAU )

I, JONATHAN CORNELL, being duly sworn, hereby declare under penalty of perjury:

1. I am the Movant in the above-captioned case, a creditor and party in interest with respect to the bankruptcy estate of Brittney Michelle Watkins (the "Debtor").

2. I submit this affidavit in support of my Ex Parte Motion for Rule 2004 Examination and to authenticate certain screenshots and documents submitted as Exhibits C, D, E, and F thereto.

3. I have personal knowledge of the facts set forth herein and am competent to testify to such facts if called as a witness.

**AUTHENTICATION OF EXHIBIT C: DEBTOR'S PAYMENT ACCOUNTS SCREENSHOTS**

4. Exhibit C consists of screenshots captured from multiple digital payment platform mobile applications including CashApp, PayPal, and Zelle via Chase, showing accounts associated with the Debtor.

5. I personally captured these screenshots using the screenshot function on my iPhone 15 Pro on April 3, 2025 between approximately 10:39pm and 10:41pm.

6. The CashApp screenshot shows an account with the username "$QueenBCashy" that the Debtor confirmed under oath belongs to her during the Section 341 meeting held on March 13, 2025, as reflected in the meeting transcript at page 8, lines 6-12 (transcribed as "QueenBCashing").

7. The PayPal screenshot shows an account with the username "@brittneywatkins" that the Debtor confirmed under oath belongs to her during the Section 341 meeting held on March 13, 2025, as reflected in the meeting transcript at page 8, lines 13-16.

8. The Zelle screenshot show an account tied to the email address "Brittneymwatkins004@gmail.com" that the Debtor confirmed under oath belongs to her during the Section 341 meeting held on March 13, 2025, as reflected in the meeting transcript at page 8, lines 17-19. The redaction in this image is that of my personal financial account number.

9. These screenshots represent true, accurate, and complete depictions of the respective digital payment platforms as they appeared at the time of capture.

10. Since capturing these screenshots, I have maintained them in their original form without alteration, other than compiling them into the PDF format required for court submission.

**AUTHENTICATION OF EXHIBIT D: DEBTOR'S EMPLOYMENT AND INCOME DOCUMENTATION**

11. Exhibit D consists of a copy of the Debtor's pay stub from Robert Half International showing year-to-date earnings of $28,400 as of June 2023.

12. I received this pay stub directly from the Debtor as part of her rental application for the premises located at 143 Admiral Lane, Unit 321, Bronx, NY 10473 (the "Premises") on or about June 17, 2023.

13. I have maintained this document in its original form without alteration since receiving it from the Debtor, other than converting it to PDF format for court submission.

14. This document contradicts the Debtor's representation on her Statement of Financial Affairs that her 2023 income was only $7,500, as referenced during the Section 341 meeting transcript at page 7, lines 4-16.

**AUTHENTICATION OF EXHIBIT E: RENTAL APPLICATION AND REFERENCES**

15. Exhibit E consists of the Debtor's rental application for the Premises including a purported landlord reference from an individual identifying herself as "Amanda Moss," who claiming to be an agent of 1719 Gates LLC when contacted via telephone.

16. These documents were received by me directly from the Debtor and Mr. White on or about June 17, 2023 as part of their application to rent the Premises.

19. I have maintained these documents in their original form without alteration since receiving them, other than redacting minor children names in accordance with Bankruptcy Rule 9037.

17. Based on subsequent communications with representatives of 1719 Gates LLC and its management company CW Realty Group, I have been informed that no individual named Amanda Moss was employed by or authorized to act on behalf of 1719 Gates LLC during the relevant time period.

## AUTHENTICATION OF EXHIBIT F: LEASE VERIFICATION

20. Exhibit F consists of the lease agreement signed by the Debtor and Dominick Franklin White on June 23, 2023.

21. This document was received by me directly from the Debtor and Mr. White on or about June 23, 2023 after the document was fully executed.

22. I have maintained this document in its original electronic form without alteration since receiving it, other than redacting minor children names in accordance with Bankruptcy Rule 9037.

23. This document shows the cohabitation relationship and occupancy of the Debtor, Mr. White, and multiple minor children.

## CONCLUSION

23. All exhibits referenced herein are true and accurate representations of the documents and screenshots as described above.

24. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: Manhasset, New York

April 4, 2025

_____
Jonathan Cornell

Sworn to before me this 4 day of April, 2025

_____
NOTARY PUBLIC

JENNY KIM
Notary Public, State of New York
Reg. No. 01KI6403281
Qualified in New York County
Commission Expires 01/21/20__