UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                            :
                                                  :    Chapter 7
BRITTNEY MICHELLE WATKINS,                        :
                                                  :    Case No. 25-10264-lgb
                    Debtor.                       :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jonathan Cornell, hereby certify that on April 5, 2025, I caused to be served a true and correct copy of the (1) Ex Parte Motion for Rule 2004 Examination, (2) Proposed Order Granting Motion for Rule 2004 Examination, (3) Affidaivit Authenticating Exhibits C,D,E and F, and (4) all supporting exhibits, by FIRST CLASS MAIL to the following recipients:

1. Brittney Michelle Watkins, 2930 Wilson Avenue, Bronx, NY 10469 (Last known address provided at 341 Meeting of Creditors)

2. Dominick Franklin White, 2930 Wilson Avenue, Bronx, NY 10469 (Last known address)

3. Dominick Franklin White, 143 Admiral Lane, Unit 321, Bronx, NY 10473 (Former address)

4. Alan Nisselson, Chapter 7 Trustee, Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019

5. United States Trustee, Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1408

6. Jeb Singer, J. Singer Law Group, PLLC, One Liberty Plaza, 23rd Floor, New York, NY 10006 (Attorney for Debtor)

7. Shaye Falkowitz, CW Realty Group, 320 Roebling Street #304, Brooklyn, NY 11211

8. 1719 Gates LLC, 320 Roebling Street #304, Brooklyn, NY 11211

9. Peter Oliveri, Kavulich & Associates, P.C. Attorneys at Law, 181 Westchester Avenue, Suite 301B, Port Chester, NY  10573 (Attorney for 1719 Gates LLC)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 5, 2025
Manhasset, New York

Sworn to before me this
_5_ day of April, 2025

_____
Notary Public

JENNY KIM
Notary Public, State of New York
Reg. No. 01KI6403281
Qualified in New York County
Commission Expires 01/21/20 28

_____
Jonathan Cornell, Pro Se
120 Bourndale Rd N
Manhasset, NY 11030
cornell.jonathan@gmail.com
(646)374-8267