**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | |
|---|---|
| Brittney Michelle Watkins, | Chapter 7 |
| Debtor. | Case No. 25-10264-lgb |

**STIPULATION EXTENDING TIME TO OBJECT TO DEBTOR'S**
**DISCHARGE, ANY CLAIMED EXEMPTIONS, AND FOR DISMISSAL**

**IT IS HEREBY** stipulated and agreed by and between the undersigned that the time periods for the Trustee, the United States Trustee and creditors, to object to the discharge of the Debtor, for objection to any claimed exemptions of property of the estate, and for dismissal of the case are hereby extended until July 11, 2025.

| Dated: New York, New York<br>April 11, 2025 | ALAN NISSELSON, *Chapter 7 Trustee*<br><br>By: /s/ Alan Nisselson<br>Alan Nisselson (anisselson@windelsmarx.com)<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, NY 10019<br>Tel: (212) 237-1000 |
|---|---|
| Dated: New York, New York<br>April 14, 2025 | J. SINGER LAW GROUP<br>*Attorneys for the Debtor*<br><br>By: /s/ Jeb Singer<br>Jeb Singer (jsinger@singerlawgroup.com)<br>One Liberty Plaza, 165 Broadway<br>23rd Floor<br>New York, NY 10006<br>Tel: (917) 806-5832 |

SO ORDERED:

April ___, 2025

_____
The Honorable Lisa G Beckerman
United States Bankruptcy Judge

{12440123:1}