```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                          :
                                                :    Chapter 7
BRITTNEY MICHELLE WATKINS,                      :
                                                :    Case No. 25-10264-lgb
                                    Debtor.     :
-------------------------------------------------------------x
```

## ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION

UPON the motion [ECF 18] (the "Motion") of Jonathan Cornell (the "Movant"), a creditor and party-in-interest in the above-captioned case, for an order, pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure, (i) authorizing the examination of Brittney Michelle Watkins (the "Debtor") and Dominick Franklin White (together with the Debtor, the "Examinees"), and (ii) requiring the production of certain documents; and no objections to the Motion having been filed; and upon the record of the hearing held on April 10, 2025, at which the Movant appeared; and it appearing that such relief is appropriate under the circumstances, it is hereby

ORDERED, that the Motion is GRANTED to the extent provided herein; and it is further

ORDERED, that the Movant shall promptly serve a copy of this Order, along with Exhibit 1, on the Examinees and their counsel (if known); and it is further

ORDERED, that the Examinees shall produce all documents described in Exhibit 1 to this Order within fourteen (14) days of service of this Order, in their native electronic format where applicable to Movant's email address at "cornell.jonathan@gmail.com", and otherwise in print format to the Movant's address at 120 Bournedale Rd N, Manhasset, NY 11030; and it is further

ORDERED, that the Movant is authorized to examine the Examinees pursuant to Bankruptcy Rule 2004; and it is further

ORDERED, that the examinations shall be conducted at a time and place to be mutually agreed upon by the Examinees and the Movant or, if no agreement is reached within 14 days of this Order's entry, at a time and place to be designated by further order of this Court; and it is further

ORDERED, that the examination of the Debtor shall be recorded by stenographic means; and it is further

ORDERED, that this Court shall retain jurisdiction over all matters related to or arising out of the implementation and execution of this Order.

Dated: New York, New York
      April 14, 2025

                                              */s/ Lisa G. Beckerman*
                                              HONORABLE LISA G. BECKERMAN
                                              UNITED STATES BANKRUPTCY JUDGE