## EXHIBIT 1: DOCUMENTS TO BE PRODUCED

**Brittney Michelle Watkins ("the Debtor"):**

1. All documents and records of checking, savings, or any other type of account, foreign or domestic in which the Debtor had any interest, including but not limited to monthly account statements, checks, check registers, check stubs, cancelled checks, and deposit slips, for the period of January 2023 to the present.

2. All documents and records from January 2023 to the present related to any:

    a. CashApp accounts, specifically the account with username "$QueenBCashy";

    b. Zelle accounts, including any accounts currently or previously tied to the email address "Brittneymwatkins004@gmail.com";

    c. Venmo accounts, including any account currently or previously tied to the email address "Brittneymwatkins004@gmail.com";

    d. PayPal accounts, including the account with username "@brittneywatkins" or currently or previously tied to the email address Brittneymwatkins004@gmail.com" and

    e. Other traditional or electronic financial accounts, secured credit cards, prepaid cards, or non-bank debit cards in the name of the Debtor that can be used to send or receive funds.

3. All correspondence, notices, determinations, or other communications from government agencies regarding applications for benefits, including but not limited to award letters, denial letters, requests for additional information, notices of recertification, or notices of benefit changes, received by the Debtor from January 2023 to the present.

4. All documents submitted to any bank and/or financial institution, or any other person or entity, by or on the behalf of the Debtor, for any loan or advance, in any capacity (borrower, guarantor, or surety) for the period of January 2023 to the present.

5. All documents related to any account into which any of the Debtor's earnings or other income has been deposited, for the period of January 2023 to the present, whether the Debtor continued to have an interest in it or not.

6. All documents evidencing any application signed by the Debtor or on behalf of the Debtor or the Debtor's spouse and/or children, to open a financial account in the name of the Debtor or any other person or entity for the period of January 2023 to the present

7. All lease agreements for real property in which the Debtor is the lessor or lessee for the period of January 2023 to the present.

8. All documents that identify the name and addresses of any person or entity that has employed Debtor for the period of January 2023 to the present.

9. All documents that identify any person or entity that for whom Debtor has acted as an independent contractor, for the period of January 2023 to the present.

10. All local, state and federal tax returns filed by or on behalf of Debtor for the period of January 2023 to the present, including all attachments, schedules, W-2's, K-1's, 1099 and 1098 forms. All documents referring, relating or pertaining to any records of salaries, commissions, bonuses, income from employment, wages, pay stubs, dividends, royalties, allowances, expenses or other sums of money paid to or on behalf of the Debtor for the period of January 2023 to the present.

11. All communications between the Debtor and any individuals who provided landlord references for the Debtor to the Movant, including but not limited to any person using the name "Amanda Moss";

12. Documentation of all assets and income not disclosed on the Debtor's bankruptcy schedules as of the date of filing;

13. Documentation of any transfers or gifts of property or money made by the Debtor within two years prior to the petition date, particularly transfers made to accounts in the name of minor children or family members; and

14. Documentation of any communications between the debtor and Dominick Franklin White regarding finances, within six-months of the time of the bankruptcy filing.

**Dominick Franklin White:**

1. All bank statements for accounts held individually or jointly with the Debtor from January 2023 to present;

2. Documentation of any direct deposits, transfers, or payments made to or received from the Debtor for the period of January 2023 to the present;

3. Statements for any digital payment accounts (CashApp, Venmo, Zelle, PayPal, etc.) showing transactions with the Debtor for the period of January 2023 to the present;

4. Tax returns for 2023 and 2024 (if filed), including all schedules and attachments;

5. W-2 forms, 1099 forms, and pay stubs for the period January 2023 to the present;

6. Utility bills for the Premises (143 Admiral Lane, Unit 321, Bronx, NY 10473) or any other shared residences with the Debtor showing payment history and account holder information for the period of January 2023 to the present;

7. Documentation of any joint credit cards, loans, or other shared debt obligations with the Debtor for the period of January 2023 to the present;

8. Receipts or documentation of payments for household expenses (rent, groceries, children's expenses, etc.) for the period of January 2023 to the present.

9. Rental applications for any other residences shared with the Debtor;

10. Documentation of rental payments made to landlords, including canceled checks or payment receipts for the period of January 2023 to the present;

11. Any legal documents establishing familial relationship with the Debtor, including marriage certificates or birth certificates of any minor children for whom both parties share responsibility; and

12. Any written agreements between Mr. White and the Debtor regarding financial responsibilities from the period of January 2023 to the present.