UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                          :
                                                                :   Chapter 7
BRITTNEY MICHELLE WATKINS,                                      :
                                                                :   Case No. 25-10264-lgb
        Debtor.                                                 :
----------------------------------------------------------------x

*FILED U.S. BANKRUPTCY COURT 2025 APR 16 A 10: 15 S.D.N.Y.*

# CERTIFICATE OF SERVICE

I, Jonathan Cornell, hereby certify that on April 15, 2025, I served a copy of (1) the Order Granting Motion for Rule 2004 Examination [ECF 23] entered by the Honorable Lisa G. Beckerman on April 14, 2025, (2) Exhibit 1 to the Order listing documents to be produced, and (3) a cover letter explaining the requirements of the Order, upon the following parties by the means specified:

1. Brittney Michelle Watkins (Debtor) 2930 Wilson Avenue Bronx, NY 10469
   - Via First Class U.S. Mail, postage prepaid
   - Via Certified Mail, Return Receipt Requested
   - Via Email to: brittneymwatkins004@gmail.com

2. Jeb Singer, Esq. (Counsel for Debtor) J. Singer Law Group, PLLC One Liberty Plaza, 23rd Floor New York, NY 10006
   - Via First Class U.S. Mail, postage prepaid
   - Via Certified Mail, Return Receipt Requested
   - Via Email to: jsinger@jsingerlawgroup.com

3. Dominick Franklin White 2930 Wilson Avenue Bronx, NY 10469
   - Via First Class U.S. Mail, postage prepaid to 2930 Wilson Avenue Bronx, NY 10469
   - Via Certified Mail, Return Receipt Requested to 2930 Wilson Avenue Bronx, NY 10469
   - Via First Class U.S. Mail, postage prepaid to 143 Admiral Lane, Unit 321 Bronx, NY 10473
   - Via Certified Mail, Return Receipt Requested to 143 Admiral Lane, Unit 321 Bronx, NY 10473
   - Via Email to: D.nick06@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 15, 2025
Manhasset, New York

Sworn to before me this
15th day of April, 2025

_____
Notary Public

JENNY KIM
Notary Public, State of New York
Reg. No. 01KI6403281
Qualified in New York County
Commission Expires 01/21/20 28

_____
Jonathan Cornell, Pro Se
120 Bourndale Rd N
Manhasset, NY 11030
cornell.jonathan@gmail.com
(646)374-8267