UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      :
                                                            :   Chapter 7
                                                            :
BRITTNEY MICHELLE WATKINS,                                  :   Case No. 25-10264-lgb
                                                            :
                    Debtor.                                 :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jonathan Cornell, hereby certify that on May 12, 2025, I caused a true and correct copy of the following documents to be served on the parties listed below:

1. Motion for Court Intervention to (I) Compel Compliance with Order Granting Rule 2004 Examination and (II) Extend Deadlines to File Objections to Discharge and Motions to Dismiss;

2. Notice of Hearing Regarding Motion for Court Intervention to (I) Compel Compliance with Order Granting Rule 2004 Examination and (II) Extend Deadlines to File Objections to Discharge and Motions to Dismiss; and

3. Proposed Order (I) Compelling Compliance with Order Granting Rule 2004 Examination and (II) Extending Deadlines to File Objections to Discharge and Motions to Dismiss.

**SERVICE BY EMAIL, FIRST-CLASS MAIL AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED:**

BRITTNEY MICHELLE WATKINS
Debtor
143 Admiral Lane, Unit 321
Bronx, NY 10473
Brittneymwatkins004@gmail.com

2930 Wilson Avenue, Apt 1
Bronx, NY 10469



DOMINICK FRANKLIN WHITE
Examinee
2930 Wilson Avenue, Apt 1
Bronx, NY 10469
D.nick06@yahoo.com

140 De Kruif Place, Apt 32C
Bronx NY 10475

JEB SINGER
J. SINGER LAW GROUP, PLLC
Attorney for Debtor
One Liberty Plaza, 23rd Floor
New York, NY 10006
jsinger@jsingerlawgroup.com

ALAN NISSELSON
WINDELS MARX LANE & MITTENDORF, LLP
Chapter 7 Trustee
156 West 56th Street, 22nd Floor
New York, NY 10019
anisselson@windelsmarx.com

**SERVICE BY FIRST-CLASS MAIL AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED:**

OFFICE OF THE US TRUSTEE
Alexander Hamilton Custom House
One Bowling Green
Room 534
New York, NY 10004

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 12, 2025
Manhasset, New York

Sworn to before me this
12th day of May, 2025

_____
Notary Public

JENNY KIM
Notary Public, State of New York
Reg. No. 01KI6403281
Qualified in New York County
Commission Expires 01/21/20__

_____
Jonathan Cornell, Pro Se
120 Bourndale Rd N
Manhasset, NY 11030
cornell.jonathan@gmail.com
(646)374-8267