UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                : 
                                                                          :    Chapter 7
BRITTNEY MICHELLE WATKINS,                         : 
                                                                          :    Case No. 25-10264-lgb
                                        Debtor.                 : 
---------------------------------------------------------------x

**ORDER (I) COMPELLING COMPLIANCE WITH ORDER GRANTING RULE 2004 EXAMINATION AND (II) EXTENDING DEADLINES TO FILE OBJECTIONS TO DISCHARGE AND MOTIONS TO DISMISS**

Upon the Motion of Jonathan Cornell ("Movant") for Court Intervention to (I) Compel Compliance with Order Granting Rule 2004 Examination and (II) Extend Deadlines to File Objections to Discharge and Motions to Dismiss (the "Motion") [ECF No. 25]; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having held a hearing on June 5, 2025 to consider the relief requested in the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Dominick Franklin White shall produce all documents described in Exhibit 1 to the Court's Order Granting Motion for Rule 2004 Examination entered on April 14, 2025

[ECF No. 23] within seven (7) days of the entry of this Order. Brittney Michelle Watkins shall produce all such documents by June 30, 2025.

3. Dominick Franklin White shall provide a written certification specifically identifying any documents that do not exist or cannot be produced, and the reasons why, within seven (7) days of the entry of this Order. Brittney Michelle Watkins shall provide such written certification by June 30, 2025.

4. The examinations of Dominick Franklin White and Brittney Michelle Watkins (the "Examinees") shall be conducted by no later than July 15, 2025, on a date, time, and location to be agreed upon by the parties.

5. The Movant is authorized to issue, complete, and serve subpoenas pursuant to Bankruptcy Rule 9016 and Federal Rule of Civil Procedure 45 to compel the attendance of the Examinees at the examinations and the production of the requested documents.

6. The deadline for the Movant to file:

    1. An objection to discharge pursuant to 11 U.S.C. § 727;

    2. A complaint to determine dischargeability pursuant to 11 U.S.C. § 523; and

    3. A motion to dismiss pursuant to 11 U.S.C. § 707(b) for abuse, including failure of the means test; is hereby extended to September 30, 2025.

7. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June 13, 2025
New York, New York

*/s/ Lisa G. Beckerman*
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE