UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                    :
                                                                              :    Chapter 7
BRITTNEY MICHELLE WATKINS,                      :
                                                                              :    Case No. 25-10264-lgb
                        Debtor.                                    :
-------------------------------------------------------------x

## STIPULATION AND ORDER EXTENDING TIME FOR CREDITOR JONATHAN CORNELL TO COMPLETE RULE 2004 EXAMINATION

IT IS HEREBY stipulated and agreed by and between the undersigned that the time period for Jonathan Cornell, a creditor and party in interest, to complete the Rule 2004 examinations authorized by this Court's Order Granting Motion for Rule 2004 Examination entered on April 14, 2025 [ECF No. 23], and extended by this Court's Order (I) Compelling Compliance with Order Granting Rule 2004 Examination and (II) Extending Deadlines to File Objections to Discharge and Motions to Dismiss entered on June 13, 2025 [ECF No. 29] of Brittney Michelle Watkins and Dominick Franklin White is hereby extended from July 15, 2025 until August 1, 2025.

| Dated: New York, New York<br>June 30, 2025 | J. SINGER LAW GROUP<br> Attorneys for the Debtor<br><br>By: _____<br> Jeb Singer (jsinger@singerlawgroup.com)<br> One Liberty Plaza, 165 Broadway<br> 23rd Floor<br> New York, NY 10006<br> Tel: (917) 806-5832 |
|---|---|
| Dated: Manhasset, New York<br>June 30, 2025 | /s/ Jonathan Cornell<br>Jonathan Cornell, Pro Se<br>120 Bourndale Rd N<br>Manhasset, NY 11030<br>Tel: (646) 374-8267<br>Email: cornell.jonathan@gmail.com |

SO ORDERED:

Dated: July 2, 2025

*/s/ Lisa G. Beckerman*

HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE