# EXHIBIT 1 – Process Server Logs

Search for case by number, title, court...

Case Activity & Search  |  Case Details

## 🔍 Case Details

◀ Previous    2 of 5    Next ▶

## Overview

(1) Contacts

In re: Brittney Michelle Watkins v .

**Submitted**
07/07/25

**Reference ID**
📋 no-72542

**Job Type & Legal Document Category**
Serve Only | Subpoena

**Case Number**
📋 25-10264-lgb

**Court**
US Bankruptcy Court, New York, Southern District, Manhattan

**📇 Party to Serve**
**Brittney Michelle Watkins**

**Address**
2930 Wilson Ave Apt 1, Bronx, NY 10469

Status: Active

## Progress Overview

View:

*Rush*

- ✓ Review
- **2** Service | Attempting to Serve Your Documents
- 3 Proof
- 4 Complete

⊘ Stop & Cancel

## Key Events

📅 **Hearing**    7/24/25
01:30 PM

📅 **Deadline**    7/23/25
Brittney Michelle Watkins - attempts stop on 7/23/25

## Updates & Activity

☐ Expand All  |  ☐ Collapse All

Support Requests

**7/15/25** 7:57 AM EDT

📋 **Service Attempted: Brittney Michelle Watkins** on 7/15/2025 7:57 AM EDT    ⌃

Address: 2930 Wilson Ave Apt 1, Bronx, NY 10469-5207

There was no answer at the address.

Server: Enrique Diaz (1)

**7/12/25** 10:22 AM EDT

Service Attempted: **Brittney Michelle Watkins** on 7/12/2025 10:22 AM EDT
Address: 2930 Wilson Ave Apt 1, Bronx, NY 10469-5207

There was no answer at the address. Tried the side of the however the tenant living there was aggressive

Server: Enrique Diaz (1)

**7/11/25** 5:33 PM EDT

Service Attempted: **Brittney Michelle Watkins** on 7/11/2025 5:33 PM EDT
Address: 2930 Wilson Ave Apt 1, Bronx, NY 10469-5207

There was no answer at the address.

Server: Enrique Diaz (1)

**7/10/25** 5:45 PM EDT

Service Attempted: **Brittney Michelle Watkins** on 7/10/2025 5:45 PM EDT
Address: 2930 Wilson Ave Apt 1, Bronx, NY 10469-5207

There was no answer at the address.

Server: Enrique Diaz (2)

**7/09/25** 7:49 PM EDT

Service Attempted: **Brittney Michelle Watkins** on 7/9/2025 7:49 PM EDT
Address: 2930 Wilson Ave Apt 1, Bronx, NY 10469-5207

There was no answer at the address. Lights are on inside

Server: Enrique Diaz (2)

**7/09/25** 8:25 AM EDT

Service Attempted: **Brittney Michelle Watkins** on 7/9/2025 8:25 AM EDT
Address: 2930 Wilson Ave Apt 1, Bronx, NY 10469-5207

There was no answer at the address. At the address I observed a package/mail addressed to subject.

Server: Enrique Diaz (2)

**7/09/25** 8:25 AM EDT

Service Attempted: **Brittney Michelle Watkins** on 7/9/2025 8:25 AM EDT
Address: 2930 Wilson Ave Apt 1, Bronx, NY 10469-5207

There was no answer at the address. At the address I observed a package/mail addressed to subject.

Server: Enrique Diaz (2)

**7/08/25** 5:56 PM EDT

Service Attempted: **Brittney Michelle Watkins** on 7/8/2025 5:56 PM EDT
Address: 2930 Wilson Ave Apt 1, Bronx, NY 10469-5207

There was no answer at the address.

Server: Enrique Diaz (2)

7/07/25 9:22 PM EDT

→ Process server received documents for Brittney Michelle Watkins

7/07/25 1:13 PM EDT

Filing confirmed. Case # **25-10264-lgb** filed at **US Bankruptcy Court, New York, Southern District, Manhattan**.

7/07/25 1:13 PM EDT

Order reviewed and entered. Queued for the next step.

7/07/25 12:56 PM EDT

Message from  CM  Carlos Menendez

7/07/25 11:46 AM EDT

Message from  JC  Jonathan Cornell

7/07/25 11:44 AM EDT

Rush Delivery for Service of Process requested upon 1 party by Jonathan Cornell

---

| Documents |
|---|
| Invoices |
| Support |

## Need Help?

Create a customer support ticket.

Please explain the issue and a member of our team will follow up.

🔗 Attach or Drag & Drop Documents

1 New Message. Mark as Read

CM Carlos M. Jul 7, 2025 9:56 AM | ABC Legal Customer Support

Hello Jonathan,

Thank you for contacting ABC Legal Support.

Please note that our systems generates a proof of service based upon our known court requirements once service is complete. This automation cannot be turned off or a substitute document automatically provided.

While we cannot turn off this automation, we are more than happy to complete an additional proof form as well if required by the court.

Please reach out and provide the rejection notice in the unlikely event our proof is rejected by the court. We will complete the additional documentation at that time.

If we can be of any further assistance please let us know.

Regards,
Carlos M
ABC Legal Customer Support

JC  Jonathan C. Jul 7, 2025 8:46 AM

Hello, can you please have the process server fill out the court provided proof of service as well as your standard form? Please see attached.

🖇Document (form_b2540_0.pdf)

FAQ & Documentation    Request a Feature    Terms of Service

Search for case by number, title, court...

Case Activity & Search | Case Details

## Case Details

◀ Previous  1 of 5  Next ▶

## Overview

(1) Contacts

IN RE: Brittney Michelle Watkins v .

**Submitted**
07/07/25

**Reference ID**
25-10264-lgb

**Job Type & Legal Document Category**
Serve Only | Subpoena

**Case Number**
25-10264-lgb

**Court**
US Bankruptcy Court, New York, Southern District, Manhattan

**Party to Serve**
Dominick Franklin White

**Address**
2930 Wilson Ave Apt 1, Bronx, NY 10469

Status: Active

## Progress Overview

Rush

View:

- ✓ Review
- **2** Service | Attempting to Serve Your Documents
- 3 Proof
- 4 Complete

⊘ Stop & Cancel

## Key Events

📅 **Hearing**                                                                    7/24/25
01:30 PM

📅 **Deadline**                                                                   7/23/25
Dominick Franklin White - attempts stop on 7/23/25

## Updates & Activity

☐ Expand All  |  ☐ Collapse All

Support Requests

7/15/25 1:20 PM EDT

ⓘ    Service documents dispatched to process server for Dominick Franklin White

7/15/25 1:20 PM EDT

Service for Dominick Franklin White has been reactivated by Riqua Webber.

7/15/25 9:37 AM EDT

Message from   EC  Erica Cotton

7/15/25 9:36 AM EDT

Action Needed: Cancel or Resume Work Item on Hold for Dominick Franklin White

7/15/25 9:36 AM EDT

Service for Dominick Franklin White has been canceled by Erica Cotton.

7/15/25 7:59 AM EDT

Message from   JC  Jonathan Cornell

7/15/25 7:57 AM EDT

Service Attempted: **Dominick Franklin White** on 7/15/2025 7:57 AM EDT
Address: 2930 Wilson Ave Apt 1, Bronx, NY 10469-5207

7/15/25 7:57 AM EDT

Service Attempted: **Dominick Franklin White** on 7/15/2025 7:57 AM EDT
Address: 2930 Wilson Ave Apt 1, Bronx, NY 10469-5207

There was no answer at the address.

Server: Enrique Diaz                                                                                                      (1)

7/15/25 7:33 AM EDT

Message from   NR  Ninotschka Rosa

7/14/25 9:09 PM EDT

Message from   JC  Jonathan Cornell

7/12/25 10:23 AM EDT

Service Attempted: **Dominick Franklin White** on 7/12/2025 10:23 AM EDT
Address: 2930 Wilson Ave Apt 1, Bronx, NY 10469-5207

There was no answer at the address. Tried the side of the house but the resident there was aggressive and refused to speak

Server: Enrique Diaz                                                                                                      (4)

7/11/25 5:33 PM EDT

Service Attempted: **Dominick Franklin White** on 7/11/2025 5:33 PM EDT
Address: 2930 Wilson Ave Apt 1, Bronx, NY 10469-5207

There was no answer at the address.

Server: Enrique Diaz                                                                                                      (1)

7/10/25 5:45 PM EDT

Service Attempted: **Dominick Franklin White** on 7/10/2025 5:45 PM EDT
Address: 2930 Wilson Ave Apt 1, Bronx, NY 10469-5207

There was no answer at the address.

Server: Enrique Diaz (1)

**7/10/25** 5:45 PM EDT

Service Attempted: **Dominick Franklin White** on 7/10/2025 5:45 PM EDT
Address: 2930 Wilson Ave Apt 1, Bronx, NY 10469-5207

There was no answer at the address.

Server: Enrique Diaz (1)

**7/09/25** 7:48 PM EDT

Service Attempted: **Dominick Franklin White** on 7/9/2025 7:48 PM EDT
Address: 2930 Wilson Ave Apt 1, Bronx, NY 10469-5207

There was no answer at the address. Packages are not at the door anymore

Server: Enrique Diaz (1)

**7/09/25** 8:24 AM EDT

Service Attempted: **Dominick Franklin White** on 7/9/2025 8:24 AM EDT
Address: 2930 Wilson Ave Apt 1, Bronx, NY 10469-5207

There was no answer at the address. At the address I observed a package/mail addressed to subject.

Server: Enrique Diaz (4)

**7/08/25** 5:56 PM EDT

Service Attempted: **Dominick Franklin White** on 7/8/2025 5:56 PM EDT
Address: 2930 Wilson Ave Apt 1, Bronx, NY 10469-5207

There was no answer at the address.

Server: Enrique Diaz (2)

**7/07/25** 12:58 PM EDT

Message from   LA   Liza Aguilar

**7/07/25** 12:49 PM EDT

Filing confirmed. Case # **25-10264-lgb** filed on **06/16/25** at **US Bankruptcy Court, New York, Southern District, Manhattan**.

**7/07/25** 12:49 PM EDT

Order reviewed and entered. Queued for the next step.

**7/07/25** 11:47 AM EDT

Message from   JC   Jonathan Cornell

**7/07/25** 11:39 AM EDT

Rush Delivery for Service of Process requested upon 1 party by Jonathan Cornell

Support

Invoices

 Documents

## Documents and Proofs

Proofs are located in this section and will display once they are available.

- File(s) Uploaded
  - Document ([Service] 2004 Examination Subpoena - Dominick Franklin White.pdf)
  - Photo Customer Provided (Dominick Franklin White)
- Service Documents
  - Subpoena (25-10264-lgb.pdf)
- Invoices and Receipts
  - Invoice (#22847151.100)
  - Invoice (#22984680.100)

 FAQ & Documentation     Request a Feature     Terms of Service