# EXHIBIT 1 - PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                          :
                                                                :   Chapter 7
BRITTNEY MICHELLE WATKINS,              :   Case No. 25-10264-lgb
                                                                :
          Debtor.                                         :
------------------------------------------------------------x

# ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION FOR ALTERNATIVE SERVICE AND EXTENSION OF TIME FOR RULE 2004 EXAMINATION

Upon the Motion to Shorten Time for Hearing on Emergency Motion for Alternative Service and Extension of Time for Rule 2004 Examination (the "Motion to Shorten Time") filed by Jonathan Cornell (the "Movant"); and the Court having jurisdiction to consider the Motion to Shorten Time and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion to Shorten Time being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that good and sufficient cause exists for granting the requested relief; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED** that:

1. The Motion to Shorten Time is GRANTED as set forth herein.

2. A hearing on the Movant's Emergency Motion for Alternative Service and Extension of Time for Rule 2004 Examination (the "Emergency Motion") shall be held before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, on July 22, 2025 at 10:00a.m. (Eastern Time) via Zoom for Government. Instructions for appearing via Zoom

can be found on the Court's website at:

https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

3. Any objections to the Emergency Motion shall be filed and served no later than July 19, 2025 at 5:00 p.m. (Eastern Time).

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
July ___, 2025

_____
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE