UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | **Hearing Date: July 22, 2025** |
| | : | **Hearing Time: 10:00am EST** |
| BRITTNEY MICHELLE WATKINS, | : | |
| | : | Chapter 7 |
| Debtor. | : | Case No. 25-10264-lgb |
---------------------------------------------------------------x

## NOTICE OF HEARING REGARDING EMERGENCY MOTION FOR ALTERNATIVE SERVICE AND EXTENSION OF DEADLINES

PLEASE TAKE NOTICE that on July 16, 2025, Jonathan Cornell (the "Movant"), filed a Motion for Court Intervention (i) authorizing alternative service of subpoenas for the Rule 2004 examinations of Brittney Michelle Watkins (the "Debtor") and Dominick Franklin White (together with the Debtor, the "Examinees"); (ii) extending the deadline to conduct the Rule 2004 examinations; (iii) extending the deadline for the Movant to file objections, complaints and motions to dismiss; (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, on **July 22, 2025 at 10:00 a.m. (Eastern Time)**. The hearing will be conducted via Zoom for Government. Instructions for appearing via Zoom can be found on the Court's website at:

https://www.nysb.uscourts.gov/zoom-video-hearing-guide.[1]

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy

---

[1] Any party appearing at, listening to or observing the Hearing must make an electronic appearance, an eCourt appearance, by using the eCourt appearance portal located on the Court's website at http://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered on or before 4:00 p.m. prevailing Eastern Time the business day before the hearing.

Court for the Southern District of New York and must be electronically filed with proof of service thereof, so as to be received no later than **July 19, 2025 at 5:00 p.m. (Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that the Hearing may be adjourned from time to time without any additional or further notice.

PLEASE TAKE FURTHER NOTICE that unless objections are received by the Objection Deadline, the relief may be granted as requested in the Motion.

Dated: July 15, 2025
Manhasset, New York

_____
Jonathan Cornell, Pro Se
120 Bourndale Rd N
Manhasset, NY 11030
(646) 374-8267
cornell.jonathan@gmail.com

TO:
BRITTNEY MICHELLE WATKINS
Debtor
2930 Wilson Avenue, Apt 1
Bronx, NY 10469

DOMINICK FRANKLIN WHITE
Examinee
2930 Wilson Avenue, Apt 1
Bronx, NY 10469

JEB SINGER
J. SINGER LAW GROUP, PLLC
Attorney for Debtor
One Liberty Plaza, 23rd Floor
New York, NY 10006

ALAN NISSELSON
CHAPTER 7 TRUSTEE
WINDELS MARX LANE &
MITTENDORF, LLP
156 West 56th Street, 22nd Floor
New York, NY 10019

OFFICE OF THE US TRUSTEE
Alexander Hamilton Custom House
One Bowling Green
Room 534
New York, NY 10004