# EXHIBIT 1 - PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      :
                                                            :    Chapter 7
BRITTNEY MICHELLE WATKINS,                                  :    Case No. 25-10264-lgb
                                                            :
           Debtor.                                          :
------------------------------------------------------------x

# ORDER GRANTING EMERGENCY MOTION FOR ALTERNATIVE SERVICE AND EXTENSION OF DEADLINES

Upon the Emergency Motion for Alternative Service and Extension of Time for Rule 2004 Examination (the "Motion") filed by Jonathan Cornell (the "Movant"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and the process server logs attached thereto as Exhibit A; and this Court having held a hearing on July ___, 2025 to consider the relief requested in the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and this Court having reviewed the evidence of multiple unsuccessful service attempts despite indications of occupancy at the residence; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Based on the evidence presented in the Motion and the process server logs attached as Exhibit A, including multiple unsuccessful service attempts, observations of occupancy at the residence, mail and packages addressed to the Examinees that were subsequently removed, and refused certified mail, the Court finds good cause exists to authorize alternative service methods.

3. The Movant is authorized to serve the subpoenas for the Rule 2004 examinations by any of the following alternative methods: a. Leaving a copy of the subpoena at the Examinees' residence (2930 Wilson Ave, Bronx, NY) with a person of suitable age and discretion; b. Affixing a copy of the subpoena to the door of the Examinees' residence; c. Serving the Debtor through her counsel, Jeb Singer; d. Serving the subpoenas by first-class mail, certified mail, and email to the Examinees' last known addresses and email addresses; or e. Any combination of the above methods.

4. Service by any of the alternative methods authorized in paragraph 3 shall be deemed effective as personal service for purposes of Federal Rule of Civil Procedure 45 and Federal Rule of Bankruptcy Procedure 9016.

5. The deadline to complete the Rule 2004 examinations is extended from August 1, 2025 to September 1, 2025.

6. The deadline for the Movant to file: a. An objection to discharge pursuant to 11 U.S.C. § 727; b. A complaint to determine dischargeability pursuant to 11 U.S.C. § 523; and c. A motion to dismiss pursuant to 11 U.S.C. § 707(b) for abuse, including failure of the means test; is hereby extended to October 31, 2025.

7. The Examinees shall appear for the Rule 2004 examinations on a date to be determined, but in no event later than September 1, 2025.

8. If either of the Examinees fails to appear for examination as directed by this Order, the Court will schedule a show cause hearing at which the Examinee shall demonstrate why they should not be subject to sanctions, and in the case of the Debtor, why such failure should not be grounds for an objection to discharge under 11 U.S.C. § 727(a)(6)(A) for failure to obey a lawful order of the Court.

9. The Movant shall promptly serve a copy of this Order on: (i) the Debtor; (ii) Debtor's counsel; (iii) the Office of the United States Trustee; (iv) the Chapter 7 Trustee; and (v) all parties who have filed a notice of appearance in this case.

10. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
July ___, 2025

_____
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE