UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:                                                     :
                                                           :   Chapter 7
BRITTNEY MICHELLE WATKINS,                                 :   Case No. 25-10264-lgb
                                                           :
                    Debtor.                                :
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jonathan Cornell, hereby certify that on July 16, 2025, I caused a true and correct copy of the following documents to be served on the parties listed below:

1. NOTICE OF HEARING REGARDING EMERGENCY MOTION FOR ALTERNATIVE SERVICE AND EXTENSION OF DEADLINES

2. EMERGENCY MOTION FOR ALTERNATIVE SERVICE AND EXTENSION OF DEADLINES

3. EXHIBIT 1 – Process Server Logs

4. MOTION TO SHORTEN TIME FOR HEARING ON EMERGENCY MOTION FOR ALTERNATIVE SERVICE AND EXTENSION OF DEADLINES

5. PROPOSED ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION FOR ALTERNATIVE SERVICE AND EXTENSION OF TIME FOR RULE 2004 EXAMINATION

6. PROPOSED ORDER GRANTING EMERGENCY MOTION FOR ALTERNATIVE SERVICE AND EXTENSION OF DEADLINES

**SERVICE BY EMAIL, CERTIFIED MAIL, RETURN RECEIPT REQUESTED:**

BRITTNEY MICHELLE WATKINS
Debtor

2930 Wilson Avenue, Apt 1
Bronx, NY 10469
Brittneymwatkins004@gmail.com

DOMINICK FRANKLIN WHITE
Examinee
2930 Wilson Avenue, Apt 1
Bronx, NY 10469
D.nick06@yahoo.com

JEB SINGER
J. SINGER LAW GROUP, PLLC
Attorney for Debtor
One Liberty Plaza, 23rd Floor
New York, NY 10006
jsinger@jsingerlawgroup.com

ALAN NISSELSON
WINDELS MARX LANE & MITTENDORF, LLP
Chapter 7 Trustee
156 West 56th Street, 22nd Floor
New York, NY 10019
anisselson@windelsmarx.com

**SERVICE BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED:**

OFFICE OF THE US TRUSTEE
Alexander Hamilton Custom House
One Bowling Green
Room 534
New York, NY 10004

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 16, 2025
Manhasset, New York


Sworn to before me this
16th day of July, 2025

_____
Notary Public

JENNY KIM
Notary Public, State of New York
Reg. No. 01KI6403281
Qualified in New York County
Commission Expires 01/21/20__

_____
Jonathan Cornell, Pro Se
120 Bourndale Rd N
Manhasset, NY 11030
cornell.jonathan@gmail.com
(646)374-8267