## IN THE UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re: Brittney Michelle Watkins** | Plaintiff/Petitioner | Hearing Date: **07/24/2025**<br>INDEX NO:  **25-10264-lgb**<br>Index Date: |
| vs.<br>**.** | Defendant/Respondent | DECLARATION OF NON-SERVICE OF:<br>**LETTER; SUBPOENA FOR RULE 2004 EXAMINATION; ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION; EXHIBIT** |

Received by **Enrique Diaz**, on the **7th day of July, 2025 at 9:22 PM** to be served upon **Brittney Michelle Watkins** at **2930 Wilson Ave Apt 1, Bronx, Bronx County, NY 10469**.

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **Brittney Michelle Watkins** at the address of: **2930 Wilson Ave Apt 1, Bronx, NY 10469** and was unable to effect service for the following reasons:

**7/8/2025 5:56 PM:** There was no answer at the address.
**7/9/2025 8:25 AM:** There was no answer at the address. At the address I observed a package/mail addressed to subject.
**7/9/2025 8:25 AM:** There was no answer at the address. At the address I observed a package/mail addressed to subject.
**7/9/2025 7:49 PM:** There was no answer at the address.  Lights are on inside
**7/10/2025 5:45 PM:** There was no answer at the address.
**7/11/2025 5:33 PM:** There was no answer at the address.
**7/12/2025 10:22 AM:** There was no answer at the address.  Tried the side of the however the tenant living there was aggressive
**7/15/2025 7:57 AM:** There was no answer at the address.
**7/16/2025 3:45 PM:** I was unable to access the address due to secured building although I called available phones, call box **and asked neighbors.**

I affirm, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Executed on  07/16/2025                         .

_(signature)_

**Enrique Diaz, Reg. # 2017524-DCA, NYC DCWP, NY**

ABC Legal Services, LLC
DCA Lic. #1380619 Exp, 02/28/26
147 Prince St, Suite 4-6, Brooklyn, NY 11201

Page 1 of 1
FOR:  **Jonathan Cornell**
REF:  **no-72542**

Tracking #: **0178046464**