UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                          :
                                                :    Chapter 7
BRITTNEY MICHELLE WATKINS,                      :    Case No. 25-10264-lgb
                                                :
                    Debtor.                     :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jonathan Cornell, hereby certify that on July 11, 2025, I caused true and correct copies of the following documents to be served on the parties listed below:

1. Notice of Service of Third-Party Subpoenas

2. Copies of Subpoenas to Financial Institutions and Employers

3. Copies of Exhibit A to Subpoenas

**SERVICE BY EMAIL, AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED:**

JEB SINGER
J. SINGER LAW GROUP, PLLC
Attorney for Debtor
One Liberty Plaza, 23rd Floor
New York, NY 10006
jsinger@jsingerlawgroup.com

DOMINICK FRANKLIN WHITE
Examinee
2930 Wilson Avenue, Apt 1
Bronx, NY 10469
D.nick06@yahoo.com

ALAN NISSELSON
WINDELS MARX LANE & MITTENDORF, LLP
Chapter 7 Trustee
156 West 56th Street, 22nd Floor
New York, NY 10019
anisselson@windelsmarx.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2025
Manhasset, New York

Sworn to before me this
11th day of July, 2025

_____
Notary Public

JENNY KIM
Notary Public, State of New York
Reg. No. 01KI6403281
Qualified in New York County
Commission Expires 01/21/20__

_____
Jonathan Cornell, Pro Se
120 Bourndale Rd N
Manhasset, NY 11030
cornell.jonathan@gmail.com
(646)374-8267