**IN THE UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: Brittney Michelle Watkins** <br> Plaintiff/Petitioner <br> vs. <br> **.** <br> Defendant/Respondent | Hearing Date: **07/24/2025** <br> INDEX NO: **25-10264-lgb** <br> Index Date: **06/16/2025** <br> DECLARATION OF NON-SERVICE OF: <br> **LETTER; SUBPOENA FOR RULE 2004 EXAMINATION; ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION; EXHIBITS** |

Received by **Enrique Diaz**, on the **7th day of July, 2025 at 9:22 PM** to be served upon **Dominick Franklin White** at **2930 Wilson Ave Apt 1, Bronx, Bronx County, NY 10469**.

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **Dominick Franklin White** at the address of: **2930 Wilson Ave Apt 1, Bronx, NY 10469** and was unable to effect service for the following reasons:

**7/8/2025 5:56 PM:** There was no answer at the address.
**7/9/2025 8:24 AM:** There was no answer at the address. At the address I observed a package/mail addressed to subject.
**7/9/2025 7:48 PM:** There was no answer at the address. Packages are not at the door anymore
**7/10/2025 5:45 PM:** There was no answer at the address.
**7/10/2025 5:45 PM:** There was no answer at the address.
**7/11/2025 5:33 PM:** There was no answer at the address.
**7/12/2025 10:23 AM:** There was no answer at the address. Tried the side of the house but the resident there was aggressive and refused to speak
**7/15/2025 7:57 AM:** There was no answer at the address.
**7/15/2025 7:57 AM:** There was no answer at the address.
**7/18/2025 8:16 AM:** There was no answer at the address.

I affirm, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Executed on  07/18/2025  .

*(signature)*

**Enrique Diaz, Reg. # 2017524-DCA, NYC DCWP, NY**

ABC Legal Services, LLC
DCA Lic. #1380619 Exp, 02/28/26
147 Prince St, Suite 4-6, Brooklyn, NY 11201

**IN THE UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: Brittney Michelle Watkins** <br> Plaintiff/Petitioner <br> vs. <br> **.** <br> Defendant/Respondent | Hearing Date: **07/24/2025** <br> INDEX NO: **25-10264-lgb** <br> Index Date: **06/16/2025** <br> DECLARATION OF NON-SERVICE OF: <br> **LETTER; SUBPOENA FOR RULE 2004 EXAMINATION; ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION; EXHIBITS** |

Received by **Enrique Diaz**, on the **19th day of July, 2025 at 8:05 AM** to be served upon **Dominick Franklin White** at **2930 Wilson Ave Apt 1, Bronx, Bronx County, NY 10469**.

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **Dominick Franklin White** at the address of: **4422 Third Ave, Bronx, NY 10457** and was unable to effect service for the following reasons:

**7/19/2025 11:12 AM: I spoke with an individual who identified themselves as the employee. Spoke with a Jessica Doe, Hispanic female 5'4-5'6 140-160 lbs with brown hair who stated she could not allow me access to serve this document because it is not directed to the hospital .**

I affirm, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Executed on  **07/21/2025**  .

_(signature)_

**Enrique Diaz, Reg. # 2017524-DCA, NYC DCWP, NY**

ABC Legal Services, LLC
DCA Lic. #1380619 Exp, 02/28/26
147 Prince St, Suite 4-6, Brooklyn, NY 11201