UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      :
                                                            :    Chapter 7
BRITTNEY MICHELLE WATKINS,                                  :    Case No. 25-10264-lgb
                                                            :
                Debtor.                                     :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jonathan Cornell, hereby certify that on July 23, 2025, I caused to be served a true and correct copy of the **ORDER GRANTING EMERGENCY MOTION FOR ALTERNATIVE SERVICE AND EXTENSION OF DEADLINES** [ECF No. 42] by the following means:

**SERVICE BY EMAIL and CERTIFIED MAIL:**

BRITTNEY MICHELLE WATKINS
Debtor
2930 Wilson Avenue, Apt 1
Bronx, NY 10469
Brittneymwatkins004@gmail.com

JEB SINGER
J. SINGER LAW GROUP, PLLC
Attorney for Debtor
One Liberty Plaza, 23rd Floor
New York, NY 10006
jsinger@jsingerlawgroup.com

ALAN NISSELSON
WINDELS MARX LANE & MITTENDORF, LLP
Chapter 7 Trustee
156 West 56th Street, 22nd Floor
New York, NY 10019
anisselson@windelsmarx.com

OFFICE OF THE US TRUSTEE
Alexander Hamilton Custom House
One Bowling Green
Room 534
New York, NY 10004
USTPRegion02.NYECF@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 23, 2025
Manhasset, New York

Sworn to before me this
23rd day of July, 2025

_____
Notary Public

JAMIE K LIU
Notary Public - State of New York
NO. 01LI6369596
Qualified in Queens County
My Commission Expires Jan 16, 2026

_____
Jonathan Cornell, Pro Se
120 Bourndale Rd N
Manhasset, NY 11030
cornell.jonathan@gmail.com
(646)374-8267