UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                     :
                                                           :   Chapter 7
BRITTNEY MICHELLE WATKINS,                                 :   Case No. 25-10264-lgb
                                                           :
                    Debtor.                                :
------------------------------------------------------------x

## COVER LETTER FOR FILING OF PROOF OF SERVICE

September 23, 2025

TO THE HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE

Dear Judge Beckerman:

I am respectfully submitting the enclosed Proof of Service documents for filing in the above-captioned matter pursuant to Local Bankruptcy Rule 9078-1. The two documents being filed are proofs of service forms (Form B2540) for Rule 2004 Examination subpoenas.

**Subjects of Service:**

1. **Brittney Michelle Watkins** (Debtor) - subpoena served via certified mail to her counsel, Jeb Singer, Esq. at J. Singer Law Group PLLC, 1 Liberty St Ste 2327, NY, NY 10006 on September 2, 2025
2. **Dominick Franklin White** - subpoena served via email to d.nick06@yahoo.com, certified mail, return receipt requested and USPS first class mail to 2930 Wilson Ave Apt 1, Bronx, NY 10469 on September 2, 2025

Service was conducted pursuant to this Court's Order Granting Motion for Rule 2004 Examination [ECF No. 23] entered April 14, 2025, Order (I) Compelling Compliance with Order Granting Rule 2004 Examination [ECF No. 29] entered June 13, 2025 and Order Granting Emergency Motion for Alternative Service Methods [ECF No. 42] entered July 23, 2025, which authorized service by certified mail and deemed such alternative service effective as personal service

**Service Details:**

**Server:** Jenny Kim
**Date of Service:** September 2, 2025
**USPS Tracking Numbers:**
Brittney Watkins (via counsel): 9589 0710 5270 2995 2597 67

Dominick White: 9589 0710 5270 2413 7889 78
**Witness Fees:** $40.00 tendered to examinee Dominick Franklin White per Federal requirements
**Supporting Documentation:** Two completed Form B2540 Proof of Service documents with USPS tracking information

Thank you for the Court's consideration.

Respectfully submitted,

Jonathan Cornell, Pro Se
120 Bourndale Rd N
Manhasset, NY 11030
cornell.jonathan@gmail.com
(646) 374-8267