B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (Page 2)

# PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: __**Brittney Michelle Watkins**__
on *(date)* **09/02/2025**

☒ I served the subpoena by delivering a copy to the named person as follows: __**Via certified mail, return receipt requested, to debtor's counsel Jeb Singer, Jeb Singer Law Group PPLC, 1 Liberty St Ste. 2327**__ on *(date)* ___**09/02/2025**___ ; or
**NY, NY 10006**

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ ____**40.00**____ .

My fees are $ __**0.00**__ for travel and $ __**0.00**__ for services, for a total of $ __**0.00**__ .

I declare under penalty of perjury that this information is true and correct.

Date: __**09/02/2025**__

_____
*Server's signature*

__**Jenny Kim**__
*Printed name and title*

__**120 Bourndale Rd N, Manhasset, NY 11030**__
*Server's address*

Additional information concerning attempted service, etc.:

**USPS Tracking Number 9589 0710 5270 2995 2597 67**

25-10264-lgb    Doc 46-1    Filed 09/21/25    Entered 09/23/25 16:48:27    Proof of Service for Rule 2004 Examination subpoenas    Pg 2 of 2

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (Page 2)

## PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: **Dominick Franklin White**
on *(date)* **09/02/2025**

☒ I served the subpoena by delivering a copy to the named person as follows: **Via certified mail, return receipt requested, to Dominick Franklin White at 2930 Wilson Ave Apt 1, Bronx, NY 10469.** on *(date)* **09/02/2025** ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ **40.00**.

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true and correct.

Date: **09/02/2025**

_____
*Server's signature*

**Jenny Kim**
*Printed name and title*

**120 Bourndale Rd N, Manhasset, NY 11030**
*Server's address*

Additional information concerning attempted service, etc.:

**USPS Tracking Number 9589 0710 5270 2413 7889 78**