**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Brittney Michelle Watkins                                  CASE NO.: 25–10264–lgb

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  7
xxx–xx–4974

---

## NOTICE OF HEARING ON DISMISSAL

Please take notice that a hearing will be held before the Honorable Lisa G Beckerman to consider dismissal of the above captioned case for failure to pay the required filing fee. The court will conduct the hearing on this matter at:

Contact chambers for Zoom Meeting ID, and Password, LGB Zoom Videoconference

Date: 11/12/25
Time: 10:00 AM

Please be advised that the above named debtor is being summoned due to failure to pay installment fees and if the debtor pays the fee "PRIOR" to the day of the hearing, the hearing will be cancelled. All fee payments MUST be accompanied by a copy of this notice.

Dated: October 6, 2025                                           Vito Genna
                                                                 Clerk of the Court