# Notice Recipients

District/Off: 0208−1                  User: admin                        Date Created: 10/6/2025

Case: 25−10264−lgb                   Form ID: 130                       Total: 4

**Recipients of Notice of Electronic Filing:**
ust       United States Trustee        USTPRegion02.NYECF@USDOJ.GOV
tr        Alan Nisselson              anisselson@windelsmarx.com
aty       Jeb Singer                  jsinger@jsingerlawgroup.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Brittney Michelle Watkins        143 Admiral Lane        Bronx, NY 10473

TOTAL: 1