# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 12/9/2025 |
| Case: 25−10264−lgb | Form ID: 318 | Total: 23 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Jonathan Cornell
                                                                                             TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee         USTPRegion02.NYECF@USDOJ.GOV
aty         Jeb Singer         jsinger@jsingerlawgroup.com
                                                                                             TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Brittney Michelle Watkins         143 Admiral Lane         Bronx, NY 10473
tr          Alan Nisselson         Windels Marx Lane & Mittendorf, LLP         156 West 56th Street         New York, NY 10019
8544065     1719 Gates LLC         1719 Gates Avenue         Ridgewood, NY 11385
8544066     Automated Collections         2802 Opryland Dr.         Nashville, TN 37214
8544068     CKS Prime Investments         1800 Route 34N Building         Suite 305         Belmar, NJ 07719
8553026     CONSOLIDATED EDISON COMPANY OF NEW YORK, INC         BANKRUPTCY / EAG GROUP         4 IRVING PLACE 9TH FLOOR         NEW YORK, NY 10003
8544067     Caine & Weiner         PO Box 55848         Sherman Oaks, CA 91413
8544069     ConEdison         PO Box 1702         New York, NY 10116
8544070     Credit Collection Services         725 Canton St         Norwood, MA 02062
8544071     Dominick White         143 Admiral Lane         Bronx, NY 10473
8544072     Harvard Collection Services         4839 N. Elston Avenue         Chicago, IL 60630
8544073     Jonathan Cornell         120 Bourndale Rd N         Manhasset, New York 11030−1938
8544074     Kikoff Lending LLC         PO Box 40070         Reno, NV 89504
8544075     Mission Lane Tab Bank         101 2nd St., Suite 350         San Francisco, CA 94105
8544077     NYSEG         PO Box 847812         Boston, MA 02284
8544076     Nissan Shapiro, Esq.         Epstein, Schreier, Shaprio, LLP         1674 22nd Street, 2nd Fl.         Brooklyn, NY 11229
8544078     OneMain         PO Box 1010         Evansville, IN 47706
8544079     Peter J. Oliveri, Esq.         Kavulich & Associates, P.C.         181 Westchester Ave., Suite 301B         Port Chester, NY 10573
8544080     Verizon         500 Technology Drive         Nat L Recovery Dept M.S. 400         Saint Charles, MO 63304
8544081     Verizon         PO Box 26055         Nat L Recovery Dept M.S. 400         Minneapolis, MN 55426
                                                                                             TOTAL: 20