# Notice Recipients

District/Off: 0208−1 User: admin Date Created: 11/6/2026
Case: 25−10264−lgb Form ID: 318 Total: 23

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

cr Jonathan Cornell

TOTAL: 1

**Recipients of Notice of Electronic Filing:**

ust United States Trustee USTPRegion02.NYECF@USDOJ.GOV
aty Jeb Singer jsinger@jsingerlawgroup.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Brittney Michelle Watkins 143 Admiral Lane Bronx, NY 10473
tr Alan Nisselson Windels Marx Lane & Mittendorf, LLP 156 West 56th Street New York, NY 10019
8544065 1719 Gates LLC 1719 Gates Avenue Ridgewood, NY 11385
8544066 Automated Collections 2802 Opryland Dr. Nashville, TN 37214
8544068 CKS Prime Investments 1800 Route 34N Building Suite 305 Belmar, NJ 07719
8553026 CONSOLIDATED EDISON COMPANY OF NEW YORK, INC BANKRUPTCY / EAG GROUP 4 IRVING PLACE 9TH FLOOR NEW YORK, NY 10003
8544067 Caine & Weiner PO Box 55848 Sherman Oaks, CA 91413
8544069 ConEdison PO Box 1702 New York, NY 10116
8544070 Credit Collection Services 725 Canton St Norwood, MA 02062
8544071 Dominick White 143 Admiral Lane Bronx, NY 10473
8544072 Harvard Collection Services 4839 N. Elston Avenue Chicago, IL 60630
8544073 Jonathan Cornell 120 Bourndale Rd N Manhasset, New York 11030−1938
8544074 Kikoff Lending LLC PO Box 40070 Reno, NV 89504
8544075 Mission Lane Tab Bank 101 2nd St., Suite 350 San Francisco, CA 94105
8544077 NYSEG PO Box 847812 Boston, MA 02284
8544076 Nissan Shapiro, Esq. Epstein, Schreier, Shaprio, LLP 1674 22nd Street, 2nd Fl. Brooklyn, NY 11229
8544078 OneMain PO Box 1010 Evansville, IN 47706
8544079 Peter J. Oliveri, Esq. Kavulich & Associates, P.C. 181 Westchester Ave., Suite 301B Port Chester, NY 10573
8544080 Verizon 500 Technology Drive Nat L Recovery Dept M.S. 400 Saint Charles, MO 63304
8544081 Verizon PO Box 26055 Nat L Recovery Dept M.S. 400 Minneapolis, MN 55426

TOTAL: 20