**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Brittney Michelle Watkins<br>First Name Middle Name Last Name | Social Security number or ITIN xxx–xx–4974<br>EIN _ _–_ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN _ _ _ _<br>EIN _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Southern District of New York | | |
| Case number: | 25–10264–lgb | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brittney Michelle Watkins

11/6/26

**By the court:** Lisa G Beckerman
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Southern District of New York

In re: Brittney Michelle Watkins
Debtor

Case No. 25-10264-lgb
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0208-1 User: admin Page 1 of 2
Date Rcvd: Nov 06, 2026 Form ID: 318 Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Brittney Michelle Watkins, 143 Admiral Lane, Bronx, NY 10473-2445 |
| 8544065 | + | 1719 Gates LLC, 1719 Gates Avenue, Ridgewood, NY 11385-2817 |
| 8544071 | + | Dominick White, 143 Admiral Lane, Bronx, NY 10473-2445 |
| 8544073 | | Jonathan Cornell, 120 Bourndale Rd N, Manhasset, New York 11030-1938 |
| 8544076 | + | Nissan Shapiro, Esq., Epstein, Schreier, Shaprio, LLP, 1674 22nd Street, 2nd Fl., Brooklyn, NY 11229-1500 |
| 8544079 | + | Peter J. Oliveri, Esq., Kavulich & Associates, P.C., 181 Westchester Ave., Suite 301B, Port Chester, NY 10573-6522 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BANISSELSON.COM | Nov 06 2026 23:50:00 | Alan Nisselson, Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019-3800 |
| 8544066 | + | Email/Text: bknotify@acsi.net | Nov 06 2026 18:56:00 | Automated Collections, 2802 Opryland Dr., Nashville, TN 37214-1200 |
| 8544067 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 06 2026 18:55:53 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413 |
| 8553026 | + | Email/Text: EAGBankruptcy@coned.com | Nov 06 2026 18:55:00 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC, BANKRUPTCY / EAG GROUP, 4 IRVING PLACE 9TH FLOOR, NEW YORK, NY 10003-3502 |
| 8544069 | ^ | MEBN | Nov 06 2026 18:49:42 | ConEdison, PO Box 1702, New York, NY 10116-1702 |
| 8544070 | + | EDI: CCS.COM | Nov 06 2026 23:50:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 8544072 | + | Email/Text: bkynotice@harvardcollect.com | Nov 06 2026 18:56:00 | Harvard Collection Services, 4839 N. Elston Avenue, Chicago, IL 60630-2589 |
| 8544074 | + | Email/Text: bankruptcy@kikoff.com | Nov 06 2026 18:55:00 | Kikoff Lending LLC, PO Box 40070, Reno, NV 89504-4070 |
| 8544075 | | Email/Text: ml-ebn@missionlane.com | Nov 06 2026 18:55:00 | Mission Lane Tab Bank, 101 2nd St., Suite 350, San Francisco, CA 94105 |
| 8544077 | + | Email/Text: callcenter_bteam@nyseg.com | Nov 06 2026 18:56:00 | NYSEG, PO Box 847812, Boston, MA 02284-7812 |
| 8544078 | + | EDI: AGFINANCE.COM | Nov 06 2026 23:50:00 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 8544068 | | EDI: G2RSVELOCITY | Nov 06 2026 23:50:00 | CKS Prime Investments, 1800 Route 34N Building, Suite 305, Belmar, NJ 07719 |

| | | | | |
|---|---|---|---|---|
| 8544081 | + | EDI: VERIZONCOMB.COM | Nov 06 2026 23:50:00 | Verizon, PO Box 26055, Nat L Recovery Dept M.S. 400, Minneapolis, MN 55426-0055 |
| 8544080 | + | EDI: VERIZONCOMB.COM | Nov 06 2026 23:50:00 | Verizon, 500 Technology Drive, Nat L Recovery Dept M.S. 400, Saint Charles, MO 63304-2225 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Jonathan Cornell |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Nisselson | anisselson@windelsmarx.com n159@ecfcbis.com;theston@windelsmarx.com;mcorwin@windelsmarx.com |
| Jeb Singer | on behalf of Debtor Brittney Michelle Watkins jsinger@jsingerlawgroup.com esegnini@jsingerlawgroup.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 3